AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Edward Williams, SBI# 350587
   Plaintiff,
      v.
Correctional Medical Services et. al.,
   Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

FILED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☒ Yes   ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration

    **Inmate Identification Number (Required):** SBI# 350587

    Are you employed at the institution? Yes  Do you receive any payment from the institution? Yes  **NO**

    *Attach a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.  Are you currently employed? ☐ Yes   ☒ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    I'm Physically Disabled

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes  ☒ No
    b.  Rent payments, interest or dividends                 ☐ Yes  ☒ No
    c.  Pensions, annuities or life insurance payments       ☐ Yes  ☒ No
    d.  Disability or workers compensation payments          ☐ Yes  ☒ No
    e.  Gifts or inheritances                                ☐ Yes  ☒ No
    f.  Any other sources                                    ☐ Yes  ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.



AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or saving accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.   NONE

I declare under penalty of perjury that the above information is true and correct.

10/09/07
DATE

*Edward Williams* SBI#350587
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have **multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Edward Williams_  SBI#: _350587_

FROM: _Mercedes VALLIN_

RE: **6 Months Account Statement**

DATE: _Oct 10, 2007_

---

Attached are copies of your inmate account statement for the months of _April 2007_ to _September 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Apr | <68.73> |
| May | <68.73> |
| Jun | <68.73> |
| Jul | <68.73> |
| Aug | <68.73> |
| Sept | <68.73> |

Average daily balances/6 months: <68.73>

Attachments
CC: File

_Mercedes Vallin_
10/10/07

_[signature]_
10/10/07

Date Printed: 10/10/2007

**Individual Statement**
**From April 2007 to September 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00350587 | Williams | Edward | | | Beginning Month Balance: | ($68.73) |
| Current Location: | D/E | | | Comments: | Ending Month Balance: | ($68.73) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.78) | ($68.73) | 413953 | | INDIGENT 3/6/07 3/19/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($4.22) | ($68.73) | 414033 | | INDIGENT 4/3/07 3/19/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($4.20) | ($68.73) | 417777 | | 3/19/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($4.20) | ($68.73) | 417779 | | 3/19/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($4.20) | ($68.73) | 417780 | | 3/19/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.86) | ($68.73) | 417781 | | 3/19/07 | |
| Medical | 5/18/2007 | $0.00 | ($4.00) | $0.00 | ($68.73) | 425767 | | INDIGENT 5/1/07 5/10/07 | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.94) | ($68.73) | 430258 | | INDIGENT 6/6/07 6/21/07 | |
| Supplies-MailPosta | 7/10/2007 | $0.00 | $0.00 | ($3.98) | ($68.73) | 441998 | | INDIGENT 7/3/07 6/21/07 | |
| Medical | 7/13/2007 | $0.00 | ($4.00) | $0.00 | ($68.73) | 454587 | | 7/12/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($5.05) | ($68.73) | 456075 | | 6/21/07 | |
| Supplies-MailPosta | 7/16/2007 | $0.00 | $0.00 | ($2.33) | ($68.73) | 456749 | | 6/21/07 | |
| Supplies-MailPosta | 8/7/2007 | $0.00 | $0.00 | ($4.30) | ($68.73) | 456750 | | INDIGENT 7/31/07 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.65) | ($68.73) | 467829 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($5.05) | ($68.73) | 473195 | | 7/26/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | ($68.73) | 473196 | | 7/20/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | ($68.73) | 473197 | | 7/20/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($5.05) | ($68.73) | 474133 | | 7/20/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | ($68.73) | 474135 | | 7/20/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | ($68.73) | 474170 | | 7/20/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 474171 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 474230 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 474231 | | 7/30/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 476504 | | 7/30/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 476505 | | 7/30/07 | |
| Supplies-MailPosta | 9/10/2007 | $0.00 | $0.00 | ($4.30) | ($68.73) | 476506 | | 7/30/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 484341 | | INDIGENT 9/4/07 9/11/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 489036 | | 9/11/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | ($68.73) | 489037 | | 9/11/07 | |

**Individual Statement**
**From April 2007 to September 2007**

Date Printed: 10/10/2007                                                                 Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00350587 | Williams | Edward | | | Beginning Month Balance: | ($68.73) |
| Current Location: | D/E | | Comments: | | Ending Month Balance: | ($68.73) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | ($68.73) | | | | |

Total Amount Currently on Medical Hold: ($52.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($386.83)