(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

EDWARD WILLIAMS, SBI#350587
(Enter above the full name of the plaintiff in this action)

V.

Correctional Medical Services: Janes Doe & Johns Does, (Inc.) First Correctional Medical: Janes Doe & Johns Does, Correctional Medical Services / Delaware Correctional Center Medical Department Janes Does & Johns Does, Delaware Correctional Center Medical Grievance Committee Janes Does & Johns Does, D.C.C. Medical-
(Enter above the full name of the defendant(s) in this action
Responder to Sick Call Request Slips, D.C.C Inmate Grievance Committee Janes Does & Johns Does, Contracted Health Services Janes Does & Johns Does, Del. Correctional Commissioner Carl DanBerg, Former Commissioner STANLEY TAYLOR, D.C.C Warden Thomas Carroll & Gov. of De. Ruth Ann Minner, and State of De, Atty. Gen. Beau Biden OLD CORRECTIONAL Medical SERVICES & OFF. of Information of Corr. Medical Services *See Added pg

FILED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [X]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

Added Page For Front Page of this 1983 Form:

"Defendants:

ST. LOUIS Based Correctional Medical Services employed as Medical Service Provider For D.C.C 1181 Paddock Rd. Smyrna De. 19977,

OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES
Correctional Medical Services
1201 College Park Dr. Suite 101 Dover, De 19904

Joshua W. Martin III State of Delaware Prisons Health Care Facilities Monitor, employed as State of Delaware Health-Care Facilities Monitor, address:

Judge Joshua W. Martin III

Independent Monitor

Potter, Anderson & Corron, LLP
1313 N. Market St.
P.O. Box 951
Wilmington De. 19899

OLD Correctional Medical Services employed as Medical Services Provider For D.C.C. Smyrna, De. 19977  OLD CMS address 2 Reads Way Suite 21 New Castle De. 19720

2. Court (if federal court, name the district; if state court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? <u>I filed numerous Medical Grievances and I have Copies of all Medical Grievances & Sick call Slips for evidence.</u>

2. What was the result? <u>I still have not recieved a Colonosphy and Abdominal Hernia Surgeries the Medical Grievance Committee refuses to answer my Medical Grievance Appeal # 110563....</u>

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]  there is a prison Grievace procedure and I still Complained to Prison Authorities

F. If your answer is YES,

1. What steps did you take? <u>I wrote these Authorities: OLD Correctional Medical Services  2 Reads Way Suite 21 New Castle Del. 19720 (See Added page) *</u>

2. What was the result? <u>Out of nine Authorities only Answer came From Gov. Ruth Ann Minner Constituent Relations Keyla Rivero Rodriguez who asked Dept. of Corr. Commissioner Carl Danberg to review my letter and to take the appropriate action. Nothing has been done, no Colonosphy and no Abdominal Hernia Repair have not been done on me</u>

Additional Page Continued II. E & F Questions 1 & 2:

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? [YES]

F. If your answer is YES, "Letters dated 7/24/07".

1. What steps did you take? I wrote these Authorities: OLD Correctional Medical Services 2-Reads Way Suite 21 New Castle Del. 19720 (See Added page)*

(this is the added page authorities I wrote and complained to)

let all authorities know my life is threaten without a Colonospy & hernia Surgeries

"First Correctional Medical Inc. 6861 N. Oracle Road"
"Tucson, Arizona 85704"
"Delaware Correctional Center Medical Department
"1181 Paddock Rd. Smyrna, Delaware, 19977"
"Delaware Correctional Center Medical Grievance Committee"
"1181 Paddock Rd. Smyrna, Delaware, 19977."
"CARL DANBERG"
OFFICE OF THE COMMISSIONER OF THE STATE OF DEL. PRISONS
"245 McKee Road, Dover, Del. 19904."
"Thomas CARROLL"
"D.C.C. Warden 1181 Paddock Rd. Smyrna, De. 19977."
"Ruth Ann Minner"
Governor of the State of Del. Tatnal Bldg. 150 Penn St.
"Dover, Delaware, 19901".
"Beau Biden State of Del. Atty. Gen. 820 N. French St. Wilm. De. 19801"
"Office of Information on Inmate Medical Services Correctional Medical Services 1201 College Park Dr. Suite 101 Dover, De. 19904."

*See back page for more information*

I also wrote to Authorities of D.C.C. Prison; Delaware Correctional Center Grievance Information Smyrna Landing Road, Smyrna, Del. 19977 Informing them that my Appeal # 110563 has not be heard concerning me not being given a Colonosphy and not being given Abdominal Hernia Repair surgery since the outside Doctor recommended it in Oct. 17, 2005  I have copies of my letters and Appeals and sick call slips and medical grievances.

I also have a letter typed by Mr. Stephen Hampton of 6 N. Bradford St. Dover De 19904 who Address my Complaint to Judge:

Joshua W. Martin III
Independent Monitor
Potter, Anderson & Carroon LLP
1313 N. Market St. P.O. BOX 951
Wilmington, Delaware 19899

I received no answer from the Independent Monitor
No Answer came from First Correctional Medical Inc,
6861 N. Oracle Road
Tucson Arizona 85704

It was Stamped Return to Sender Attempted not known unable to Forward. I still have it.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  EDWARD Williams, SBI# 350587
Address  D.C.C 1181 PADDOCK ROAD, SMYRNA, DELAWARE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Correctional Medical Services Janes Does, & Johns Does is employed as Medical Provider of D.C.C at 1201 College Park Dr, Suite 101 Dover, De. 19904

C. Additional Defendants First Correctional Medical Inc., 6861 N. Oracle Rd., TUCSON, AZ, 85704, Correctional Medical Services/Delaware Correctional Center Medical Dept. 1181 PADDOCK RD. SMYRNA, DE, 19977, (Janes Does & Johns Does) D.C.C. Medical Grievance Committee (Janes Does & Johns Does) 1181 Paddock Rd. Smyrna De, 19977, D.C.C Medical Responder to Sick Call Request Slips Janes Does & Johns Does 1181 Paddock Rd, Smyrna, De. 19977, Contracted Health Services; (See Additional page.)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.) On 10/17/05 I visited a Dr. Levente SZALAI because I suffer daily pain, Constipation, bloody bowel movements hemorrhoids, and pain from a Abdominal Hernia and I might have Colon Cancer. Dr L. SZALAI examined me on 10/17/05 and recommends immediate colonosphy and Abdominal Hernia Repair that he believes my intestine is caught inside of the hole of the Abdominal hernia and that it get strangled causing me daily pain Constipation and bloody bowel movements and hemorrhoids some days I can't walk or have bowel movements it pains me so great. All the defendants have Knowledge of my condition and have done nothing to see to it that I not be Denied these two Surgeries, see "Additional page"

III. Parties    A. Name of plaintiff
           B. Defendant
           C. Additional Defendants

Continued from page three of the 1983 Form :

Contracted Health Services Janes Does and Johns Does 1181 Paddock Rd. Smyrna De 19977 and D.C.C Warden Thomas Carroll 1181 Paddock Rd, Smyrna, De. 19977 all of the Defendants are employees or Co-employees of the State of Delaware Correctional Center.

Additional Defendants Are :
Commissioner Carl DanBerg employed as Commissioner of The State of De. Prisons, 245 McKee Rd, Dover, De, 19904 and Former Commissioner of the State of Delaware Prisons Stanley TAYLOR and State of Delaware Govenor Ms. Ruth Ann Minner, employed as the Governor of the State of Delaware, TATNAL Bldg. 150 Penn St. Dover, De 19901 and State of Delaware Attn. Gen. Beau Biden employed as the Attorney General of the State of Delaware : Dept. of Justice 820 N. French St. Wilm. De, 19801

ST. Louis Based Correctional Medical Services employed as Medical service Provider For D.C.C 1181 Paddock Rd, Smyrna De. 19977 Janes Does and Johns Does  *(Continued on Added page)

Continued III Parties C. Additional Defendants:

OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES
Correctional Medical Services
1201 College Park Dr. Suite 101 Dover, De, 19904

Joshua W. Martin III State of Del. Prisons Health Care Facilities Monitor employed as State of Delaware Health Care Facilities Monitor   Address :

Judge Joshua W. Martin III
Independent Monitor
Potter, Anderson & Carron, LLP
1313 N. Market St. P.O. Box 951
Wilmington, Delaware 19899

OLD CORRECTIONAL MEDICAL SERVICES employed as Medical Service Provider For D.C.C. Smyrna De, 19977   OLD CMS Address 2 Reads Way Suite 21 New Castle, De, 19720

"Continued Statement of Claim" IV.                                9

I have been to see Dr. Levente SZALAI on two more dates since 10/17/05, those appointments were on 3/01/07 and 8/17/07 and I'm still sick and have not been given a Colonoscopy to see if I have Colon Cancer which if I do have Colon Cancer it's spreading I fear for my life and I Fear For my life From being denied an Abdominal Hernia repair. Here are dates of Medical Appointments which I'm charged for at D.D.C Health Care Services Fee Sheet Edward Williams SBI# 350587 date 9/4/06, 12/1/06, 5/10/07, 7/12/07. And dates to D.D.C. Request For Medical Treatment sick call slips dated 11/14/06, 11/26/06, 01/15/07, 01/15/07, 01/15/07, 01/16/07, 01/22/07, 01/26/07, 02/4/07, 02/08/07, 04/10/07, 04/16/07, 5/01/07, 7/02/07, 7/03/07, 7/04/07, 7/09/07, 8/28/07. And Grievance dated 12/28/05 and Medical Grievances dated 01/15/07, Case# 98272, 01/19/07 Case# 98254, 7/03/07 case # 128183, Grievance dated 7/06/07 case # 129725, Medical Grievance # 84265 dated 11/17/06, Medical Grievance # 99105 dated 2/8/07, and 3/08/07. Medical Grievance # 110563 dated 4/16/07 and 5/01/07 and dated 06/25/07 and 07/17/07 and still unresolved on Appeal. All the above information is evidence that all the defendants have access to knowing my sick life at risk physical condition see Medical Grievance # 130923 dated 06/26/07 & 07/23/07 all describe my being denied Proper medical treatment due to the defendants deliberate indifference to provide Surgery.

V.  Relief ; I want to sue all defendants individually and officially and

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) for the Court to Appoint me a Civil Attorney to protect my rights that have been violated and to help me prosecute ~~this Civil Lawsuite~~ and for the Court to issue a preliminary injunction to D.C.C not to put Plaintiff in Isolation for filing this Lawsuite and to make the Defendant provide the operations plaintiff seriously need to prevent further physical mental and emotional injuries that he is now experiencing from defendants deliberate indifference to not provide plaintiff his serious medical needs and to grant him releas from present Custody due to his Condition and to sue all defendants for Punitive damages, compensatory damages under a declaratory Judgment.

Signed this __9th__ day of __October__, 20__07__

_Edward Williams_ SBI#350587
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__10/09/07__        _Edward Williams_ SBI#350587
Date                (Signature of Plaintiff)

-4-

I/M: EDWARD WILLIAMS
SBI# 350587   UNIT D1E-E21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL MAIL
Pay to Attached for Pc

CLERK
U.S. DISTRICT COURT
J. Caleb Boggs Federal Building
LOCK BOX 18
844 N. King Street
Wilmington, Delaware 19801