IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD G. WILLIAMS,                      :
                                         :
    Plaintiff,                           :
                                         :
        v.                               :   Civil Action No. 07-637-JJF
                                         :
CORRECTIONAL MEDICAL SERVICES,           :
FIRST CORRECTIONAL MEDICAL,              :
DELAWARE CORRECTIONAL CENTER             :
MEDICAL DEPARTMENT, DELAWARE             :
CORRECTIONAL CENTER MEDICAL              :
GRIEVANCE COMMITTEE, DCC                 :
MEDICAL RESPONDER TO SICK                :
CALL REQUEST SLIP, DCC INMATE            :
GRIEVANCE COMMITTEE,                     :
CONTRACTED HEALTH SERVICES,              :
COMMISSIONER CARL DANBERG,               :
STANLEY TAYLOR, WARDEN THOMAS            :
CARROLL, GOVERNOR RUTH ANN               :
MINNER, ATTORNEY GENERAL BEAU            :
BIDEN, OLD CORRECTIONAL                  :
SERVICES, OFFICE OF                      :
INFORMATION ON INMATE MEDICAL            :
SERVICES, JUDGE JOSHUA W.                :
MARTIN, III, JANE DOES AND               :
JOHN DOES,                               :
                                         :
    Defendants.                          :



**AUTHORIZATION**

I, Edward G. Williams, SBI #35087, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's Order dated October 30, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also

understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _November 1, st_, 2007.

*Edward H. Williams*
Signature of Plaintiff

SBI# 350587

I/M Edward G. Williams
SBI# 350587 UNIT D/E-F,21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 NOV 2007 PM 1 L

OFFICE of the CLERK
United States District Court
844 N. King St. Lock Box 18
Wilmington, Delaware
 19801-3570