(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Case # 1:07 CV-637 JJF

EDWARD WILLIAMS, SBI#350587
(Enter above the full name of the plaintiff in this action)

V.

Correctional Medical Services: Janes Doe & Johns Does, (Inc.)
First Correctional Medical: Janes Doe & Johns Does,
Correctional Medical Services/Delaware Correct-
-ional Center Medical Department Janes Does & Johns
Does, Delaware Correctional Center Medical Grievance
Committee Janes Does & Johns Does, D.C.C. Medical-
(Enter above the full name of the defendant(s) in this action
Responder to Sick Call Request Slips, D.C.C Inmate Grie-
-vance Committee Janes Does & Johns Does, Contracted
Health Services Janes Does & Johns Does, Del. Correctional
Commissioner Carl DanBerg, Former Commissioner STANLEY
TAYLOR, D.C.C Warden Thomas Carroll & Gov. of De. Ruth Ann Minner, and
State of De. Atty. Gen. Beau Biden OLD CORRECTIONAL Medical-
SERVICES & OFF. of Information of Corr. Medical Services *See Added page

et.al,

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  YES [ ]    NO [X]

  B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline):

  1.  Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

Added Page For Front Page of this 1983 Form:
" Defendants :
ST. LOUIS Based Correctional Medical Services employed as Medical Service Provider For D.C.C 1181 Paddock Rd. Smyrna De. 19977 ,

OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES
Correctional Medical Services
1201 College Park Dr. Suite 101 Dover, De 19904

Joshua W. Martin III State of Delaware Prisons Health Care Facilities Monitor, employed as State of Delaware Health-Care Facilities Monitor; address:

Judge Joshua W. Martin III
Independent Monitor
Potter, Anderson & Corron, LLP
1313 N. Market St.
P.O. Box 951
Wilmington De. 19899

OLD Correctional Medical Services employed as Medical Services Provider For D.C.C. Smyrna, De. 19977   OLD CMS address 2 Reads Way Suite 21 New Castle De. 19720

et. al. for Additional Jane & John Doe Defendants of Amended Supplement Pleadings. on back of this page.

Doctor/Surgeon: Levente SZALAI, address, Wolf Creek Surgeons 103 Wolf Creek BLVD, Suite 1 Dover, De, 19901

Radiologist: Raphael Caccese Jr. Kent General Hospital Dover, De, 19901 and can be reached at Dr. Levente SZALAI office address.

Dr. OTT and Dr. Vandusen employees of D.C.C. Medical Department 1181 PADDOCK Rd. Smyrna, De, 19977

Guards/C/O's of D.C.C Transportation Jane Does & John Does 1181 PADDOCK Road Smyrna Delaware 19977

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

EDWARD G. Williams    Correctional Medical Services:
SBI#350587
Plaintiff    v.    et al
    Defendants


FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil 07-637-JJF

This is plaintiff AMENDED and Supplemental Pleadings: Pursuant to Rules of Civil Procedure Rule 15 (a)(b)(C)(1)(2), and (3) and (d) and it's proposed Amendment of Rule 15 effective December 1, 2007, absent contrary Congressional action, this rule is amended to read as follows: Rule-15 Amended and Supplemental Pleadings (a)(1)(A)(B)(2), (3) (b)(1)(2) (C)(1) (A)(B)(C)(i)(ii)(2)(d) ....

and Plaintiff seeks to Amend to the above Civil-Complaint EDWARD G. Williams, SBI#350587 Versus — Correctional Medical Services et. al, Case No. 1:07CV637-JJF so as to add other party's names relevant to the Complaints as Defendants who are now

Saying I do not have a Ventral Hernia and my physical condition is worstening after two years and some months of being denied a colonosphy and ventral hernia repair. On 11/01/07 I received a filing fee order that my complaint EDWARD G. Williams - Versus - Correctional Medical Services et.al. Civ. Act. No. 107-637-JJF has been accepted by U.S. District dated 10/30/07.

On 11/02/07 I was taken out of D.C.C to see Doctor Levente SZALAI at his office address: Wolf Creek - Surgeons 103 Wolf Creek Blvd, Suite 1 Dover, De 19901 Dr. Levente SZALAI talk to me for at least 30 minutes telling me that I need a colonosphy and a ventral hernia repair and that ventral hernia repairs are a very difficult surgery that I may be in the hospital for a couple of days while he talked to me he showed me a "3" page Horizon WP --

2

Physician Portal on a screen of a lap top Computer, Dr. Levente SZALAI showed me the Ventral hernia and after I pointed to the lap top screen to the area where the ventral hernia is at. Dr. Levente SZALAI told me he has to talk to his Radiologist Raphael Caccese Jr M.D.. Doctor Levente SZALAI went into another room in his office and came back and said Mr. Williams you do not have a Ventral Hernia, and had me sign some medical papers for permission for him to do a Colonosphy which he say he has to do first to see do I have colon cancer and to see if I have a Ventral hernia. The problem is the Radiologist

three page Kat scan say: "I do have a ventral hernia measuring 9.8 cm in diameter with slight protrusion of the transverse colon through the hernia defect."

My condition has been this way since 10/17/05 my first visit to Dr. Levente SZALAI and my visits to him on 3/01/07 and 8/17/07 and the Kat scan is dated 8/08/07 Dr. SZALAI on all visits said I had a ventral hernia and the Kat scan "Attached" states I have a ventral hernia. I want Dr. SZALAI and the RADIOLOGIST Mr. Raphael Caccese Jr. M.D. of Kent General Hospital Dover, De. 19901 to be added as defendants to my civil Action Complaint   Edward G. Williams SBI# 350587 v. Correctional Medical Services et, al.

4

5

to Amend the Caption of the Civil Complaint as so Edward G. Williams SBI# 350587 -Versus- Correctional Medical Services et.al., to amend et.al. to avoid other Jane & John Doe defendant Surprise amendments. Dr. Levente SZALAI and His Radiologist a Mr. RAPHAEL CACLESE JR to the civil Complaint as defendants who are giving contrary - conflicting medical opinions as to do I have a Ventral hernia or not. Contrary to their diagnosis of two years all Doctor said I have a Hernia. To Amend et.al. to the caption for any Jane & John Doe defendants that may come up in the Discovery to Amend Correct-ional Medical Services Medical Doctor of its Insurance Company who claims My condition is non-medical which is in the Discovery Medical File of plaintiff Edward G. Williams to Amend that D.C.C. Medical Doctor Vandusen diagnosed plaintiff has a hernia and showed plaintiff the Correctional Medical Services denied plain-tiff Surgery claiming plaintiff condition is non-Medical and refuses to re-

6

show me the dates I was denied to Amend in the Complaint that Dr. Ott after being asked by plaintiff has He been approved for a colonosphy and ventral hernia repair. She said she thought I was in George Town Prison so she claims she had transfered my medical File to George Town To Amend her name to the civil complaint along with Dr. Vandusen same Address: D.C.C. Medical Dept. Drs. Vandusen and Doctor Ott D.C.C. 1181 PADDOCK ROAD SMYRNA. Delaware 19977 to be amended as additional Defendants to this law suite.

To Amend to the Complaint for U.S. Distr. Ct. to grant plaintiff an injunction for prospective Relief to make D.C.C medical Dept. send me to another Outside Doctor and to another Radiologist to get plaintiff physically examined by them to see if plaintiff has colon cancer and to see if plaintiff has a Ventral hernia measuring 9.8 cm in diameter with slight protrusion of the transverse Colon through the hernia defect. see third paragraph of pg# 1 of 3 of Horizon WP Physician Portal of Plaintiff Kat Scan of plaintiff "Williams" Abdominal Ventral Hernia. Attached requested to be Amended to Plaintiff

7

EDWARD G. Williams SBI#350587. Versus. Correctional Medical Services et al Civ. Act. No. 1:07-637 JJF Lawsuite to Amend an injunction for prospective relief to Force D.C.C. medical services to have plaintiff seen by another outside Doctor and Radiologist due to Dr. Levente SZALAI and Radiologist Raphael Caccese Jr M.D. now claim plaintiff does not have a Ventral Abdominal hernia to sue them both individually and in their official capacity For misdiagnois or for making a fraudelent misdiagnois by falsely claiming Plaintiff do not have a abdominal hernia when the Kat Scan demonstrates plaintiff has an ABDOMINAL VENTRAL HERNIA measuring 9.8 cm in diameter with slight protrusion of the transverse colon through the hernia defect. Plaintiff request the Court to grant an injunction for prospective relief to have another Doctor and another Radiologist examination and opinion of his Plaintiff physical condition which plaintiff has been in pain daily for 2 years with hemmoroiads constipation bloody stools constant pain daily Abdominal pain from this Hernia with a slight protrusion of the transverse colon through the hernia defect Plaintiff requests the Court to grant

8

Plaintiff "Williams" an injunction for prospective relief to be examined by another Doctor and Radiologist and it will demonstrate that plaintiff needs emergency colonosphy and emergency hernia repair and hemmoroid surgery and possible spreading of colon cancer plaintiff requests the Court to amend an injunction for prospective relief that D.C.C. medical services pay for all medical treatment and surgery to ensure the safety of plaintiff life as plaintiff is, and, has been suffering now and for 2 years in some months in great pain daily of his Abdominal Hernia his colon and rectum from hemmoroids and constipation due to D.C.C. medical services and Correctional medical services and all Defendants et. al., and Dr. Levente Szalai and Radiologist MD. Mr Raphael Caccese Jr. mis-diagnosis of plaintiff Medical Condition and Correctional Medical Services deliberate indifference to purposely claim Plaintiff condition is non-medical to purposely not pay for plaintiff medical treatment. Plaintiff request to Amend his Civil Complaint

4

to sue all Defendants individually and in there official Capacity for their deliberate indifference of purposely allowing Plaintiff "Williams" who is an American with Disabilities to suffer in pain now and for the last two years and months with out proper emergency medical treatment some days plaintiff is in so much pain from the Abdominal hernia, hemmoroiads, constipation and colon hurts and rectum bleeds he can not walk. Plaintiff requests Amendment of American Disabilities Act to prevent further discrimination against plaintiff who is already disabled and for 2 years his physical injuries are getting worst and his life is in greater danger of more physical injuries from being denied proper medical care for plaintiff serious Medical Needs, to be Properly addressed which has been denied for the last 2 years and months, and which if continued to be denied can kill plaintiff.
To amend sueing D.C.C. Medical Dept. and Correctional Services Provider and D.C.C. guards of medical transportation Jane & John Does and all Defendants et. al., individually

10.

and in official capacity for a sum of $50. million Dollars for their deliberate indifference of purposely denying plaintiff access to transportation to outside Medical treatment D.C.C. Medical Dept. Blames D.C.C. guards of transportation of denying plaintiff a ride to outside Doctor and D.C.C. guards of Transportation blame D.C.C. medical of denying plaintiff access to be put on list to be transported to outside Doctor for proper medical treatment for Plaintiff serious medical needs, demonstrates Inadequate medical care and continuing violation of plaintiffs rights.

Plaintiff seeks prospective relief for the Court to grant Plaintiff a preliminary injunction to prevent Plaintiff from Irreparable harm which will hopefully prevent possible Colon Cancer or it spreading or will prevent Plaintiff from dying from explosion of the ABDOMINAL VENTRAL HERNIA busting in his ABDOMEN which both can Cause Plaintiff to Die. Plaintiff requests this Court grant Appointment of Counsel to protect plaintiff right to life and Plaintiff requests to Amend that he is not

11

James Garnell Brown mentioned in point one of the Filing Fee Order nor is plaintiff "Williams" a Brown v. Perillo No. 93-7117 (3d Cir. Apr. 22, 1993) or a Brown v. Snyder Civ. Act. No. 93-156 JJF (D. Del. Mar 26, 1993 or a Brown v. Ruth Civ. Act. No. 93-097 SLR (D. Del Feb 24, 1993 or a Brown v. Chapman Civ. Act. No. 92-744 LON (D. Del, Jan. 28, 1993 or a Brown v. Perillo Civ. Act. No. 92-405 JJF (D. Del. Jan 15, 1993) or Brown v. Meyers Civ. Act. No. 92-592 SLR (D. Del. Oct 16, 1992) or a Brown v. Capone Civ. Act. No. 92-591-SLR (D. Del. Oct. 16, 1992) or Brown v. Le-Tang Civ. Act. No. 92-423 SLR (D. Del. July 30, 1992) nor is plaintiff "Williams" Brown v. Letang Civ. Act. No. 92-422 SLR (D. Del. July 20, 1992)

All the Court has to do is check plaintiff "Williams" arrest date May 17, 1997 and look at plaintiff SBI#350587 and plaintiff social security number 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 and Plaintiff Edward G. Williams has never filed any lawsuites in 1993 because plaintiff was not in prison in 1993 in the State of Delaware ever.

For plaintiff "Williams" pain and suffering all Defendants et. al., responsible should

12

pay for medical and other expenses costs of courts For delivery of civil complaint upon all Defendants and For subpoenas and Transcripts and Discovery Transcripts and Lawyer Fees as well as Compensatory Damages to try to get plaintiff "Williams" back to the condition plaintiff was before he was denied proper medical treatment for 2 years and months for his serious medical needs and to get punitive damages from all defendants et, al., who demonstrate neglect, to sue individually and official capacity For their obvious evil motive and intent involving reckless deliberate indifference to deny plaintiff his guaranteed U.S. Constitutional rights to Adequate medical care when all officials were on notice of plaintiff serious medical needs all officials defendants et, al, have hurt me on purpose daily by ignoring something so serious and yes dangerous as plaintiff diagnosis of an ABDOMINAL VENTRAL HERNIA and possible Colon cancer which a Colonosphy had been orderd and Hernia repair but all have been denied purposely by all Defendants et, al, acting in concert Thus Plaintiff Amends to Sue all Defendants For $50 million Dollars.

Plaintiff Edward G. Williams v. Correctional Medical Services, et. al., Civ. Act. NO. 107-637 JJF, request to Amend Evidences, as Exhibits for pages #2 and page #3 and additional page of Continued Statement of Claim All Copies of Sick Call Slips & Medical Grievances and letters to Officials & Kat scan diagnosis of plaintiff Williams Ventral Hernia measuring 9.8 cm in diameter with Slight protrusion of the transverse Colon through the hernia defect.

To Amend the Cover Page of Plaintiff Civil Complaint Caption to read as such: EDWARD G. Williams v. Correctional Medical Services et. al, Civ. Act. No. 107-637-JJF

To Amend Plaintiff Amended Supplemental pleadings pursu. to Rule 15 (a)(b)(C) (1)(2) and (3) and (d) and H's proposed Amendment of Rule 15 effective Dec. 1, 2007 Rule 15 amended and Supplemental Pleadings (a) (1)(A)(B) (2)(3)(b) (1)(2)(C) (1)(A)(B)(i)(ii) and (2)(d)

## Certificate of Service

I, EDWARD G. Williams SBI#350587, hereby certify that I have served a true And correct cop(ies) of the attached: Plaintiff Amended and Supplemental Pleadings and Evidences as Exhibits upon the following parties/person(s): For PG'S #2, and #3 and additional pg, of Continued Statement of Claim of Lawsuite "Williams v. Corr. Med. Services et al Case No:

TO: -107-637 JJF"    TO: _____

TO: U.S. Distr. Ct. Distr. of De
Office of Clerk
844 N. King St lock Box 18
Wilm, De, 19801

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this   9th   day of   November  , 2007

Edward G. Williams
SBI# 350587