UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

EDWARD Williams, SBI#350587
           Plaintiff

                    V.

Correctional Medical Services et,al,.

Case # 1:07:CV-637:JJF


Evidences, as Exhibits For pages
#2. and page #3. and additional page of

Continued Statement of Claim

All copies of Sick call slips & Medical
Grievances and letters to all Officials....



Edward G. Williams SBI# 350587          July 24, 2007 OLD CORRECTIONAL MEDICAL SERVICES
DCC 1181 PADDOCK Rd. SMYRNA DE 19977                  2 READS Way Suite 21
Dear Officials, OLD CMS.                      New Castle, Del. 19720

My name is Edward Guy Williams SBI# 350587
incarcerated in Delaware Correctional Center, Smyrna Del.,
19977. This is a notice to all Officials: Governor
Ruth Ann Minner, Commissioner of prisons Carl Dan-
berg, State of Del. Attn. Gen. Beau Biden, D.C.C Warden
Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc.,
OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF
INFORMATION ON INMATE MEDICAL SERVICES FOR
CORRECTIONAL MEDICAL SERVICES, and D.C.C. —
Medical Department and D.C.C. medical grievance
Committee: This notice is to inform all above
Official that I am very sick with an Ab-
-dominal Hernia which causes me constant great
daily pain, daily constipation and my intestine
is caught in the 20 to 30 centimeter hole of
this Abdominal Hernia which strangles my
intestine keeping me in pain and causes
me to strain and have bloody bowel move-
ments. I was seen by DCC Doctors who
had me sent to a outside Doctor all of
these Doctors said I may have Colon
Cancer and I need a Colonosphy and
that I need Abdominal Hernia repair.
And that my condition is life threatening if I do not
recieve these two medical surgeries. I have been
Sent out to see the same Doctor who
has told me that he is tired of DCC
Medical Dept. and there Medical provider.

Edward Williams SBI#350587      July 24, 2007    FIRST CORRECTIONAL MEDICAL INC.,
D.C.C. 1181 PADDOCK Rd. SMYRNA, DE, 19977            6861 N. ORACLE ROAD
                                                     TUCSON, ARIZONA 85704

Dear Officials, F.C.M. INC.

          My name is Edward Guy Williams SBI#350587
incarcerated in Delaware Correctional Center, Smyrna Del.,
19977. This is a notice to all Officials: Governor
Ruth Ann Minner, Commissioner of prisons Carl Dan-
berg, State of Del. Attn. Gen. Beau Biden, D.C.C Warden
Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc.,
OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF
INFORMATION ON INMATE MEDICAL SERVICES FOR
CORRECTIONAL MEDICAL SERVICES, and D.C.C. —
Medical Department and D.C.C. medical grievance
committee: This notice is to inform all above
Official that I am very sick with an Ab-
dominal Hernia which causes me constant great
daily pain, daily constipation and my intestine
is caught in the 20 to 30 centimeter hole of
this Abdominal Hernia which strangles my
intestine Keeping me in pain and causes
me to strain and have bloody bowel move-
ments. I was seen by DCC Doctors who
had me sent to a Outside Doctor all of
these Doctors said I may have Colon
cancer and I need a Colonosphy and
that I need Abdominal Hernia repair.
And that my condition is life threatening if I do not
recieve these two medical surgeries I have been
sent out to see the same Doctor who
has told me that he is tired of DCC
Medical Dept. and there Medical provider

July 24, 2007 Delaware Correctional Center
(1181 PADDOCK RD.): MEDICAL DEPARTMENT
SMYRNA DELAWARE 19977

Dear Officials,

My name is Edward Guy Williams SBI#350587 incarcerated in Delaware Correctional Center, Smyrna Del., 19977. This is a notice to all officials: Governor Ruth Ann Minner, Commissioner of prisons Carl Danberg, State of Del, Attn. Gen. Beau Biden, D.C.C Warden Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc., OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES FOR CORRECTIONAL MEDICAL SERVICES, and D.C.C. — Medical Department and D.C.C. medical grievance committee: This notice is to inform all above Official that I am very sick with an Abdominal Hernia which causes me constant great daily pain, daily constipation and my intestine is caught in the 20 to 30 centimeter hole of this Abdominal Hernia which strangles my intestine keeping me in pain and causes me to strain and have bloody bowel movements. I was seen by DCC Doctors who had me sent to a Outside Doctor all of these Doctors said I may have colon cancer and I need a colonosphy and that I need Abdominal Hernia repair. And that my condition is life threatening if I do not recieve these two medical surgeries I have been sent out to see the same Doctor who has told me that he is tired of DCC Medical Dept. and there Medical provider

July 24, 2007    D.C.C MEDICAL GRIEVANCE
COMMITTEE
1181 PADDOCK ROAD
Smyrna Delaware 19977

Dear Officials,

My name is Edward Guy Williams SBI#350587 incarcerated in Delaware Correctional Center, Smyrna Del., 19977. This is a notice to all Officials: Governor Ruth Ann Minner, Commissioner of prisons Carl Danberg, State of Del, Attn. Gen. Beau Biden, D.C.C Warden Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc., OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES FOR CORRECTIONAL MEDICAL SERVICES, and D.C.C. Medical Department and D.C.C. medical grievance Committee: This notice is to inform all above Official that I am very sick with an Abdominal Hernia which causes me constant great daily pain, daily constipation and my intestine is caught in the 20 to 30 centimeter hole of this Abdominal Hernia which strangles my intestine keeping me in pain and causes me to strain and have bloody bowel movements. I was seen by DCC Doctors who had me sent to a Outside Doctor all of these Doctors said I may have Colon Cancer and I need a Colonosphy and that I need Abdominal Hernia repair. And that my condition is life threatening if I do not recieve these two medical surgeries I have been sent out to see the same Doctor who has told me that he is tired of DCC Medical Dept. and there Medical provider

Edward G. Williams SBI#350587    July 24, 2007    OFFICE OF Commissioner
DCC 1181 PADDOCK RD, SMYRNA DE 19977                    CARL DANBERG
                                         245 McKee Rd. Dover. DE. 19904

Dear Officials,

My name is Edward Guy Williams SBI#350587
incarcerated in Delaware Correctional Center, Smyrna Del.,
19977. This is a notice to all Officials: Governor
Ruth Ann Minner, Commissioner of prisons Carl Dan-
berg, State of Del. Attn. Gen. Beau Biden, D.C.C Warden
Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc.,
OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF
INFORMATION ON INMATE MEDICAL SERVICES FOR
CORRECTIONAL MEDICAL SERVICES, and D.C.C.—
Medical Department and D.C.C. medical grievance
Committee: This notice is to inform all above
Official that I am very sick with an Ab-
dominal Hernia which causes me constant great
daily pain, daily constipation and my intestine
is caught in the 20 to 30 centimeter hole of
this Abdominal Hernia which strangles my
intestine Keeping me in pain and causes
me to strain and have bloody bowel move-
ments. I was seen by DCC Doctors who
had me sent to a outside Doctor all of
these Doctors said I may have colon
cancer and I need a colonosphy and
that I need Abdominal Hernia repair.
And that my condition is life threatening if I do not
recieve these two medical surgeries I have been
sent out to see the same Doctor who
has told me that he is tired of DCC
Medical Dept. and there Medical provider

Edward G. Williams SBI#350587
DCC 1181 PADDOCK Rd., SMYRNA, DE 19977

July 24, 2007  DCC Warden Thomas Carroll
1181 PADDOCK Rd., SMYRNA, DE, 19977

Dear Officials, DCC Warden T. Carroll,

My name is Edward Guy Williams SBI#350587 incarcerated in Delaware Correctional Center, Smyrna Del., 19977. This is a notice to all Officials: Governor Ruth Ann Minner, Commissioner of prisons Carl Danberg, State of Del, Attn. Gen. Beau Biden, D.C.C. Warden Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc., OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES FOR CORRECTIONAL MEDICAL SERVICES, and D.C.C. — Medical Department and D.C.C. medical grievance committee: This notice is to inform all above Official that I am very sick with an Abdominal Hernia which causes me constant great daily pain, daily constipation and my intestine is caught in the 20 to 30 centimeter hole of this Abdominal Hernia which strangles my intestine Keeping me in pain and causes me to strain and have bloody bowel movements. I was seen by DCC Doctors who had me sent to a Outside Doctor all of these Doctors said I may have Colon cancer and I need a Colonosphy and that I need Abdominal Hernia repair. And that my condition is life threatening if I do not recieve these two medical surgeries I have been sent out to see the same Doctor who has told me that he is tired of DCC Medical Dept. and there Medical provider

Edward G. Williams SBI#350587        July 24, 2007    Governor Ruth Ann Minner
D.C.C. 1181 PADDOCK RD, SMYRNA DE 19977              TATNAL Building 150 Penn St.
Dear Officials, Governor R.A. Minner,        Dover Del, 19901

My name is Edward Guy Williams SBI#350587 incarcerated in Delaware Correctional Center, Smyrna Del., 19977. This is a notice to all officials: Governor Ruth Ann Minner, Commissioner of prisons Carl Danberg, State of Del, Attn. Gen. Beau Biden, D.C.C Warden Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc., OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES FOR CORRECTIONAL MEDICAL SERVICES, and D.C.C. Medical Department and D.C.C. medical grievance committee: This notice is to inform all above official that I am very sick with an Abdominal Hernia which causes me constant great daily pain, daily constipation and my intestine is caught in the 20 to 30 centimeter hole of this Abdominal Hernia which strangles my intestine keeping me in pain and causes me to strain and have bloody bowel movements. I was seen by DCC Doctors who had me sent to a Outside Doctor all of these Doctors said I may have Colon Cancer and I need a Colonosphy and that I need Abdominal Hernia repair. And that my condition is life threatening if I do not recieve these two medical surgeries I have been sent out to see the same Doctor who has told me that he is tired of DCC Medical Dept. and there Medical provider

Edward G. Williams SBI#350537
DCC. 1181 PADDOCK Rd, SMYRNA, DE. 19977

July 29th 2007   State of Del. Attn. Gen. Beau Biden
Dept. of Justice

Dear Officials, Ste. of Del. Attn. Gen. B. Biden, 820 N. French St. Wilm. De. 19801

My name is Edward Guy Williams SBI#350537 incarcerated in Delaware Correctional Center, Smyrna Del., 19977. This is a notice to all Officials: Governor Ruth Ann Minner, Commissioner of prisons Carl Danberg, State of Del. Attn. Gen. Beau Biden, D.C.C. Warden Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc., OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF INFORMATION ON INMATE MEDICAL SERVICES FOR CORRECTIONAL MEDICAL SERVICES, and D.C.C. — Medical Department and D.C.C. medical grievance Committee: This notice is to inform all above Official that I am very sick with an Ab-dominal Hernia which causes me constant great daily pain, daily constipation and my intestine is caught in the 20 to 30 centimeter hole of this Abdominal Hernia which strangles my intestine Keeping me in pain and causes me to strain and have bloody bowel move-ments. I was seen by DCC Doctors who had me sent to a Outside Doctor all of these Doctors said I may have Colon cancer and I need a Colonosphy and that I need Abdominal Hernia repair. And that my condition is life threatening if I do not recieve these two medical surgeries I have been sent out to see the same Doctor who has told me that he is tired of DCC Medical Dept. and there Medical provider

July 24, 2007 OFF. OF Info on Inmate Medical Services
CORRECTIONAL MEDICAL SERVICES
1201 College Park Drive Suite 101 Dover De.
19904

Dear Officials, CMS.

My name is Edward Guy Williams SBI#350587
incarcerated in Delaware Correctional Center, Smyrna Del.,
19977. This is a notice to all Officials: Governor
Ruth Ann Minner, Commissioner of prisons Carl Dan-
berg, State of Del. Attn. Gen. Beau Biden, D.C.C Warden
Thomas Carroll, FIRST CORRECTIONAL MEDICAL Inc.,
OLD CORRECTIONAL MEDICAL SERVICES, OFFICE OF
INFORMATION ON INMATE MEDICAL SERVICES FOR
CORRECTIONAL MEDICAL SERVICES, and D.C.C.—
Medical Department and D.C.C. medical grievance
Committee: This notice is to inform all above
Official that I am very sick with an Ab-
-dominal Hernia which causes me constant great
daily pain, daily constipation and my intestine
is caught in the 20 to 30 centimeter hole of
this Abdominal Hernia which strangles my
intestine keeping me in pain and causes
me to strain and have bloody bowel move-
ments. I was seen by DCC Doctors who
had me sent to a outside Doctor all of
these Doctors said I may have Colon
Cancer and I need a Colonosphy and
that I need Abdominal Hernia repair.
And that my condition is life threatening if I do not
recieve these two medical surgeries I have been
Sent out to see the same Doctor who
has told me that he is tired of DCC
Medical Dept. and there Medical provider

TO: D.C.C. Delaware Correctional Center Grievance Information
Smyrna Landing Road, Smyrna, De, 19977

From Inmate: Edward G. Williams  SBI# 350587
D.C.C.   Housing   Unit: D/E  F·21
Date, August 7, 2007   Wednesday
Subject:   Appeal  of Medical Grievance #110563
            STATUS  UNRESOLVED Dated 7/17/07

There seems to be a problem with the
Computer and staff being on Vacation
during the receipt of this Appeal
#0 110563
The Computer print out states that
my Appeal is not an Appeal and
that due to Vacations no
grievance were picked up
on July 3, 2007 when this
Appeal was due on July 1st 2007

I filed this Appeal on time·#110563.
It is not my Fault Vacations stop
my Appeal From being picked up
and heard on time My medical
Condition is life threatening I
May have colon Cancer and I
have been waiting For over
19 months For a Colonosphy
and I have an ABDOMINAL

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

August 7, 2007

VIA FAX:  (302) 778-6010

Judge Joshua W. Martin, III
Independent Monitor
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

      Re:   Inmate Edward G. Williams
            SBI# 350587

Dear Judge Martin:

     Mr. Williams reports a life threatening abdominal problem, which an outside doctor has determined to be a medical emergency.  Apparently, CMS/DOC is refusing to pay for the surgery.  How long will CMS/DOC be permitted to gamble with the lives of inmates such as Mr. Williams?  CMS's profit margin is not a legitimate reason to deny essential care.

                       Sincerely yours,

                       Stephen A. Hampton

SAH/ph
Enclosures

cc:  Edward G. Williams
      Cathleen Trainor



STATE OF DELAWARE

OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

August 10, 2007

Mr. Edward G. Williams
Delaware Correctional Center
SBI# 350587
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Williams:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciated it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Keyla Rivero-Rodriguez
Constituent Relations

TATNALL BUILDING, DOVER, DELAWARE 19901    (302) 744-4101    (302) 739-2775 FAX
CARVEL STATE OFFICE BUILDING, WILMINGTON, DELAWARE, 19801    (302) 577-3210    (302) 577-3118 FAX

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Williams Edward_ SBI # _350587_

(Last, First MI)

Facility _DCC_                          Date _9/4/06_

_P_   **Chargeable Visit**                                    $4.00
___   **Non Chargeable Visit**                                -0-
_P_   **Medication Handling Fee ($2.00 X _2_ )**          $ _4.00_

### Total Amount Charged To Inmate Account          $ _8.00_

Health Care Staff Signature: _Rebecca Whedr_

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES
DESCRIBED ABOVE.

Inmate Signature: _Edward Williams_   Date: _9-4-06_

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount
deducted generates a negative balance. Any funds received by you will first be applied to any
negative balance. Any negative balance remaining on your account when you are released will
remain active for three (3) years after the date of release. Should you return to Delaware Department
of Correction as an inmate within that three (3) year period, the negative balance will be applied to
your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
            Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96.Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

===========================================================

Inmate Name _Williams, Edward_    SBI # _350587_

(Last, First MI)

Facility _OCC_    Date _12-1-06_

___ Chargeable Visit                                           $4.00
___ Non Chargeable Visit                                        -0-
_/_ Medication Handling Fee ($2.00 X _____ )            $ _2.00_

### Total Amount Charged To Inmate Account      $ _6.00_

Health Care Staff Signature _Kathryn Katzer rn_

===========================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: X _Edward Williams_   Date: X _12/01/06_

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

===========================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
## FORM #: 621

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name __Williams  Edward__ ＊ SBI # __350557__

(Last, First  MI)

Facility __DCC__                    Date __5/10/07__

✓    Chargeable Visit                                    $4.00
___   Non Chargeable Visit                               -0-
___   Medication Handling Fee ($2.00 X _____ )          $_____

### Total Amount Charged To Inmate Account          $ 4.00

Health Care Staff Signature: __Thomas Chuko NPC__

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: X __Edward Williams__        Date: _____

1) *Witness Signature: _____        Date: _____

2) *Witness Signature: _____        Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance.  Any funds received by you will first be applied to any negative balance.   Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release.  Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office        Posted/Entered by_____  Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

 3 part NCR

(C:Copay.96:Form.4)

**Delaware Department of Correction**
**Health Care Services Fee Sheet**

Inmate Name  _Williams, Edwa_       SBI # _350587_

(Last, First MI)

Facility _DCC-DE_       Date _7-12-07_

✓ Chargeable Visit                                    $4.00
___ Non Chargeable Visit                              -0-
___ Medication Handling Fee ($2.00 X _____ )    $_____

**Total Amount Charged To Inmate Account**      $ _4.00_

Health Care Staff Signature: _S. Mickens_

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _Edward Williams_  Date: _7-12-07_

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ _____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

259

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Edward X. Williams
Name (Print)

COMPOUND
D. East Bldg. F-21-Bottom Bunk
Housing Location

12/01/59
Date of Birth

350587
SBI Number

11/14/06
Date Submitted

Complaint (What type of problem are you having?) I have a Size 10 centimeter abdominal
hernia hole in my Abdomen and I was due For Surgery I want to
Know was I Approved For the Surgery The Doctor she said she thought
I was transfered to George Town I have been in Smyrna since Oct 98
I also am in pain From the Hernia and I need Foot Fungus cream and new-
Balance Sneaker For my Bad Feet Thank you.              11/14/06

Inmate Signature Edward X. Williams          Date

**The below area is for medical use only. Please do not write any further.**

S: You have been scheduled with a provider.          RN

O:  Temp:____  Pulse:____  Resp: ____  B/P: ____  WT: ____

A:

P:

E:

Provider Signature & Title          Date & Time

NOV 17 2006

3/1/99 DE01
FORM#:

383

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Edward X. Williams          Housing Location: D/E  F-21 Cell

Date of Birth: 12/01/59    SBI Number: 350587    Date Submitted: 11/26/06

Complaint (What type of problem are you having)?
I also need Foot Fungus cream and Etonic sneakers For my bad leg & Feet. I have a abdominal hernia His causing me great pain it has a 10 centimeter hole in it hurts me. Last year a outside Doctor said he operate to repair it. I signed a sick call slip last week For this My abdominal hernia is causing me great pain. I need a Doctor to look at it with a sonogram to see it is poor condition. Edward X. Williams    11/26/06  And a Colonosptzy.

Inmate Signature        Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

RECEIVED
NOV 28 2006
CMU

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): Edward Williams    Housing Location: D/E  F-21

Date of Birth: 12/01/59    SBI Number: 350587    Date Submitted: 01/15/07

Complaint (What type of problem are you having?) I need Foot Fungus cream For atheletes Foot Fungus and I need to see Dr.Vandusen and a Foot Doctor I need a Abdominal Hernia Binder the police took the one you gave me I need stool softner For constipation And Pain Killer For Abdominal Hernia injury Instestine is internia hole causing Bloody stools Edward X Williams    01/15/07 I need surgery I need to see out side Doctor immediately emergency ASAP

Inmate Signature        (Date)

**The below area is for medical use only.  Please do not write any further.**

S: On Slip

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Edward X. Williams                    D/E    F-21
_Name (Print)_                                _Housing Location_

12/01/50          350587          01/15/07
_Date of Birth_   _SBI Number_     _Date Submitted_

Complaint (What type of problem are you having)? Constant pain From an abdominal
hernia my intestine is coming through my mesh wall in my stomach
causing me great pain Bloody stool constant Constipation puts Bile
in my Blood stream steps me From Walking For several years now I need
Emergency medical Care From an Outside Doctor and Hospital now.

Edward X. Williams                    01/15/07
_Inmate Signature_                    _Date_

**The below area is for medical use only.  Please do not write any further.**

S: Appt Sched

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_Provider Signature & Title_          _Date & Time_

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print) Edward Williams      Housing Location D/E  F·21

Date of Birth 12/01/59    SBI Number 350587    Date Submitted 01/15/07

Complaint (What type of problem are you having)? Leg swelling Foot swelling every day and muscle spasms I need to see Dr. Vandusen For Foot Doctor and my Abdominal Hernia is Worst than before paining me I can't walk some days. Bloody stools constant constipation stomach aches I need xrays I Feel my intestine coming through the Hernia hole in my abdomen I need pain killers and colon cancer exam and prostrate Cancer exam and stomach binder and Stool Softner and Foot wear.

Inmate Signature Edward X Williams      Date 01/15/07

**The below area is for medical use only. Please do not write any further.**

S: You are suppose to write one Sick Call Slip at a time not (3) which one do you want us to address. —Ju

O: Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED

1/19/07 Ju

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Edward Williams                    D/E - F.21
Name (Print)                                          Housing Location

12/01/54          350587          01/16/07
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having?) To be checked For Prostrate
Cancer and Colon Cancer and to be given a Sonogram or
X-ray to see how big long and wide the Abdominal Hernia
hole is that my intestine is coming through the mesh Wall in my
Stomach Causing me Pain, Bloody Stools Constipation and Sickness From
Bile entering my Blood Stream I need to see outside Doctor.
Edward Williams                    01/16/07
Inmate Signature                              Date

**The below area is for medical use only.  Please do not write any further.**

S: Appt schedule

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
**MED**
263

JU 1/19/07

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Edward Williams        Housing Location: D/E - F·21

Date of Birth: 12/01/59     SBI Number: 350587     Date Submitted: 01/22/07

Complaint (What type of problem are you having)? Bloody Stools, constipation due to
My intestine is caught inside a hole in a abdominal hernia some days
I'm in so much pain I can't Walk Bile is entering my Blood Stream
keeping me sick I need to see Dr. Vandusen and a outside Doctor I'm
late For two surgeries For hernia repair and colonosphy I also need
to be check For prostrate CANCER and xray or sonogram oF this hernia

Inmate Signature: Edward Williams        Date: 01/22/07

**The below area is for medical use only. Please do not write any further.**

S: already Scheduled c̄ MD IMP. - gm

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P:

E:

RECEIVED JAN 23 2007

Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
**MED**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
#### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Edward    Williams _____ D/E  F-21 _____
Name (Print)                              Housing Location

12/01/59 _____ 350587 _____ 01/26/07 _____
Date of Birth          SBI Number           Date Submitted

Complaint (What type of problem are you having)? I need to see the Prison Doctor and a Outside Doctor this Abdominal Hernia is keeping me Sick and in pain and Constipated causing me Bloody stools my intestine is caught in the hole of this Hernia Strangulation of my instentine from being Caught in this hernia hole. I also have the Flu and I have atheletes feet and I need to see a Foot Doctor and I need a prostrate Cancer exam and a colon Cancer exam I need to see Prison Doctors and Out side Doctors. Edward X Williams _____ 01/26/07 _____
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled ⊂ MD/MLP, -9m

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

RECEIVED
JAN 3 0 2007

E:

Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Edward Williams                    D/E - (F·21)
Name (Print)                              Housing Location

12/01/59          350587          Feb. 4 2007
Date of Birth      SBI Number        Date Submitted

EMERGENCY POSSIBLE MENINGITIS, FLU or Beymonia ???
Complaint (What type of problem are you having)?  I have the Flu or Leymonia
a very Hot sweating Fever For two weeks now headaches
ear aches, chest aches shivers some days I can't breathe
this is my 3rd or 4th week requesting to see a Doctor or nurse
For proper Medical treatment I'm sneezing + coughing up cold.
_Edward Williams_              2/04/07 8
Inmate Signature                    Date

**The below area is for medical use only.  Please do not write any further.**

S: Already Scheduled ē MD/MLP. — 9m

O:  Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:                                        RECEIVED
                                          FEB 0 - 2007

_____        _____
Provider Signature & Title           Date & Time

3/1/99 **DE01**
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY:  DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  (MEDICAL)  DENTAL  MENTAL HEALTH

JAMES G. BROWN a·k·a
Edward X. Williams                              DIE - F·21    COMPOUND
_____                    _____
Name (Print)                                    Housing Location

12 / 01 / 59            350587            02 / 08 / 07
_____        _____   _____
Date of Birth          SBI Number        Date Submitted

Complaint (What type of problem are you having)? My intestine is caught inside an Abdominal Hernia hole, and is causing me stomach pain bloody stools constipation and some days I can't stand or walk Bile is entering my Blood Stream keeping me sick I also have Flu, Meningitis or Pneumonia and Foot Fungus I need to see a Nurse or a Doctor in here or outside

James Brown Edward X Williams                02/08/07
_____           _____
Inmate Signature                            Date

**The below area is for medical use only.  Please do not write any further.**

S: You are scheduled for MD/MLP medical /LD
_____

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____
_____

A:
_____

P:
_____
_____

E:
_____

_____        _____
Provider Signature & Title      Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Edward   Williams                    D/E - F·21

Name (Print)                         Housing Location

12 /01 /59          350587          04 /10 /07

Date of Birth        SBI Number      Date Submitted

Complaint (What type of problem are you having?)

It's been almost 2yrs, and some month waiting on being Operated on this Hernia? My stomach abdominal Hernia is bothering me it hurts me to move my bowel's I need the Abdominal Binder and that sock For my swollen leg to help circulate + prevent vercroviens I need Foot Fungus cream and Shampoo For dry soraris and Ensure drinks For my stomach booster drinks and lotion For dry skin on my stomach and to know Am I Approved  For Hernia repair Surgery + Colonosphy exam.

Inmate Signature  Edward Williams   Date  04/10/07

**The below area is for medical use only.  Please do not write any further.**

S: You HAVE no order for Boost Drinks and You Saw Mrs. Ott on 3/14/07. ABD. Binder will be Given when it arrives. **RECEIVED**

O:  Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT: APR 1 2 2007

EDUCATIONAL MATERIAL
CORRECTIONAL MEDICAL SERVICES

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Edward X Williams                                    D/E   F-21
_____Name (Print)_____                      _____Housing Location_____

12/01/59              350587              04/16/07
__Date of Birth__      __SBI Number__      __Date Submitted__

I have head Aches and neck aches I'm sick, sick, sick
I need to see Doctors OTT or Dr. Vandusen emergency Appointment
Complaint (What type of problem are you having)? I either have Meningitis, hay Fever or
pneumonia I need to see Dr. OTT or Dr. Vandusen I'm diabetic my legs and feet
and my hands swell so I need an Order From those Doctors For Booster drinks,
and info when will I be approved For hernia repair Surgery and Colonosophy exam
and I need my sock For my swollen leg and my Abdominal Binder and lotion For dry skin
and Athletes Foot Cream For my Fungus Feet + medicated shampoo For sororis dry
scalp + to have my Pain Killer medication renewed I'm in pain daily.

_____Inmate Signature_____        _____Date 4/16/07_____

### The below area is for medical use only. Please do not write any further.

S: You are Scheduled to See MD/MCP
Soon - KC

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____Provider Signature & Title_____        _____Date & Time_____

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Edward X. Williams                          D/E F-21
_____                    _____
Name (Print)                                Housing Location

12 / 01 / 59        350587              5 / 01 / 07
_____        _____        _____
Date of Birth         SBI Number          Date Submitted

Complaint (What type of problem are you having)?  I need to see the Foot Doctor
Handsel I have bad feet one that was Fractured and no
Cast was put on it and the ankle bone is out of place, and it
hurts every time when I walk on it the other Foot was infected
in the heel It Causes me great pain when I walk on it. I need foot surgery

Edward X Williams                          5 / 09 / 07
_____                    _____
Inmate Signature                            Date

### The below area is for medical use only.  Please do not write any further.

S:   Schedule f/u with MD/MLP-KC

O:   Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

_____        _____
Provider Signature & Title                Date & Time

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY:  DELAWARE CORRECTIONAL CENTER**
This request is for (circle one)  (MEDICAL)  DENTAL  MENTAL HEALTH

Edward   Williams                     DIE-F-21
_____          _____          _____
Name (Print)                              Housing Location

12-01-59            350587            7/02/07
Date of Birth      SBI Number      Date Submitted

This is my 5th sick call slip about this in 2 weeks can I see a Dr.
Complaint (What type of problem are you having)?  I'm constipated and in pain from
an Abdominal Hernia of which my intestine is caught in the hole of the
Abdominal Hernia Patch I ran out of colace and I need a new per-
scription of it and I need a new perscription of ultram pain pills
because I'm in pain daily and it runs out of the 10th of July 02. And I
need to see the Doctor about my Diabetes Tests and HIV tests
and Colon Cancer Tests. Inmate Signature ✱ Edward W Williams Date 7/02/07
The below area is for medical use only.  Please do not write any further.

S: Will refer for outside consult and also schedule
with a MD/mlp

O:  Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

RECEIVED

E:

AUG 2 8 2007

EDUCATIONAL MATERIAL
CORRECTIONAL MEDICAL SERVICES

_____          _____
Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Edward Williams

Housing Location: D1E·F·21

Date of Birth: 12/01/59    SBI Number: 350587    Date Submitted: 7/03/07

Complaint (What type of problem are you having)?
I need my Diabetes tests results. Upset stomach From Salmonella poisiong I need to see a Doctor today now the pain my Abdominal Hernia is going through and my Colace ran out and my pain pills ultrams will run out on July 10, 2007 I'm sick sick and suffering great pain and I need to see a Doctor this is my sixth sick call slip. Does any one care why Am I being Denied to see a Doctor

Inmate Signature: Edward Williams    Date: 7/03/07

---

**The below area is for medical use only. Please do not write any further.**

S: You have been sched with MLP on 7/16/07
Medical

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

RECEIVED
JUL 10 2007
RECEIVED

Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

*Emergency Chronic Care Situation, help! Me!

Name (Print): Edward X. Williams

Housing Location: D/E·F·21

Please Mercy.

Date of Birth: 12/01/59

SBI Number: 350587

Date Submitted: 7/04/07

Complaint (What type of problem are you having)? — Chronic Care I'm in great pain and for "3" weeks I've complained that than and now My right leg keeps swelling I think it's from Sugar Diabetes? I need to see a Doctor. I also believe I have Salmonella Food Poisoning I need to see a Doctor my Abdominal Hernia and my entire Abdomen is in great pain. I also believe I have Colon Cancer I need to see a Doctor, this is my seventh sick call slip and my third week waiting I'm in pain constipated and possible Strap throat and I need new perscriptions of colace & ultram

Inmate Signature ___  Date 7/04/07

**The below area is for medical use only. Please do not write any further.** 7/04/07 Date

S: _Slen 7/12/07_

O: Temp:____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

RECEIVED
JUL 1 2007

Provider Signature & Title _____    Date & Time _____

3/1/99 DE01
FORM#:
MED

4/84

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Edward    Williams                    D/E - F-21
Name (Print)                          Housing Location

12-01-59        350587        07/09/07
Date of Birth    SBI Number    Date Submitted

I have 3 weeks of Sick Call Slips saying I'm to see a Doctor when is that?
Complaint (What type of problem are you having)? I have the same problems I have
had For the last three weeks of Filling Sick Call Slips constant
pain daily constipation From this Abdominal Hernia I need to see
a Doctor to get checked For Salmonella poisoning, Diabetes tests
results HIV treatment new perscription For ultrams + colace and Booster
drinks For diabetes and constant Weight loss + My sock for swelli

Edward Williams        07/09/07
Inmate Signature        Date

Foot + leg ...

**The below area is for medical use only. Please do not write any further.**

S:        Seen 7/12/07

O:    Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

RECEIVED
JUL 1 2007
RECEIVED

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

SEP 0 1 2007

Edward Williams _____ DiE - F. 2
Name (Print) _____ Housing Location

12-01-59 _____ 350587 _____ 8/28/07
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? I'm having bloody bowel movements, From problems with this Abdominal Hernia my intestine is strangling in the hole of the hernia rupture. I need emergency Surgery it keeps me in pain day and night and Stomach Aches I also need colonoscopy and I need to see Doctor McCall to renew my ultram Perscription So I won't get cut off my meds on 9/12/07

_Edward Williams_ _____ 8/28/07 _____ thank you.
Inmate Signature _____ Date

**The below area is for medical use only. Please do not write any further.**

S: You were seen on 8/30/07. Any further problems please submit another sick call. Thanks —

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

_____ Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
MED
263



**FORM   #584**

**GRIEVANCE FORM**

FACILITY: _DCC  MHU_                        DATE: _Dec. 28, 2005_

GRIEVANT'S NAME: _JAMES BROWNAKA Edward X Williams_   SBI#: _00350587_

CASE#: _22453_                        TIME OF INCIDENT: _All the Meal times_

HOUSING UNIT: _MHU #21 B-L-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Cold Food Keeps me Constipated._
_Food is served cold I have a Abdominal_
_Hernia I can't digest Cold Food it served_
_Cold Breakfast Lunch + Dinner I AM_
_supposed to be As every one is supposed_
_to be Sterved Hot Food each meal I'm_
_due For two operations I should be_
_Housed in the prison hospital or in a_
_Housing Area where Hot Foods are_
_Served or it may cause my demise?_
_Call Medical to verify my Physical Condition._

ACTION REQUESTED BY GRIEVANT: _To be moved to the prison_
_infirmary or to a housing Area where Hot_
_Foods are served + I can constantly be_
_on my Feet or it may cause my demise_
_or do I have to File a law suite._

GRIEVANT'S SIGNATURE _James Brown aka Edward X Williams_ DATE: _12/28/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   _X_(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JAN 0 3 2006

Inmate Grievance Office

FORM #585

MEDICAL GRIEVANCE          $21

FACILITY: D.C.C  SMYRNA,

DATE SUBMITTED: 01/15/07

INMATE'S NAME: Edward X. Williams

SBI#: 350587

HOUSING UNIT: D/E - F-21

CASE #: 98272

SECTION #1 Date 12/?/06 its in prison logbook

DATE & TIME OF MEDICAL INCIDENT: Date I was taken to outside Doctor who was not in.

TYPE OF MEDICAL PROBLEM: Hernia mesh in Stomach has a hole in it that my intestine is coming through it causing me constant Constipation stomach aches bile to enter my blood stream poisoning me inside my body and it causes me Bloody stools and pain so great I can't Walk. I was taken to the outside Doctor a year ago approved For surgery but some one marked my serious medical Condition down as non medical 2 to 3 weeks ago I was taken to an outside Doctor who was not in. My medical Condition is not being attended to seriously.

GRIEVANT'S SIGNATURE: Edward X. Williams     DATE: 01/15/07

ACTION REQUESTED BY GRIEVANT: To be taken to the outside Doctor and to outside hospital, to be given xrays or sonar gram of my Abdominal hernia to be given a Colon Cancer exam and prostrate Cancer exam and a abdominal Binder and proper medical Care and emergency medical care

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

RECEIVED
JAN 19 2007
Inmate Grievance ~ ice

FORM #585

**MEDICAL GRIEVANCE**

F21

**FACILITY:** _D.C.C. SMYRNA_      **DATE SUBMITTED:** _01/19/07_

**INMATE'S NAME:** _Edward Williams_      **SBI#:** _350587_

**HOUSING UNIT:** _D/E - F-21_      **CASE #:** _98254_

SECTION #1

**DATE & TIME OF MEDICAL INCIDENT:** _01/19/07_

**TYPE OF MEDICAL PROBLEM:** I have internal Bleeding From an abdominal hernia my intestine is caught in a hole of this Abdominal hernia causing me to stay constipated and to have Bloody stools and causes me great pain some days I can't move my bowels or walk and Bile is entering my Blood stream keeping toxins in my Blood keeps me sick and in great Stomach pain I requested to See Dr. Vandusen and to see An outside Doctor Filed Four Medical Sick Call Slips Medical gave me a appointment to See A Dentist instead of seeing me For this ABDOMINAL HERNIA, and For Prostrate CANCER EXAM by Drs. requested.

**GRIEVANT'S SIGNATURE:** _Edward Williams_    **DATE:** _01/19/07_

**ACTION REQUESTED BY GRIEVANT:** To be seen as a emergency by the Prison Doctor and by an Outside Doctor Concerning my serious injuries From this Abdominal Hernia my intestine is coming through a hole inside a Artificial Patch wall in my Abdomen - It can kill me ask Doctors.

**DATE RECEIVED BY MEDICAL UNIT:** _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

RECEIVED

JAN 24 2007

Inmate Grievance Office

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC SMYRNA

DATE SUBMITTED: 7/03/07

INMATE'S NAME: Edward Williams

SBI#: 350587

HOUSING UNIT: D/E F-021

CASE #: 128183

RECEIVED
JUL 10 2007
Inmate

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 6/30/07 Lunch time Chow Hall/s

TYPE OF MEDICAL PROBLEM: SALMANELLA poisioning DCC Chow Hall served some coleslaw that made me sick upset set my stomach I Filed a sick call slip to see a Doctor For the pain and suffering my stomach is still going through and I have a Hernia my Colace stool softner pills ran out and my pain pills Ultram will expire on July 10, 2007 and I need to see the Doctor For this Salmanella poisioning and For Chronic Care For my Diabetes tests and HIV Tests.

GRIEVANT'S SIGNATURE: Edward Williams    DATE: 7/3/07 July 3, 2007

ACTION REQUESTED BY GRIEVANT: To be put on the sick call call up Appointment slip For emergency Doctor Appointment For Salmanella poisioning and For new perscriptions For colace and ultram pills + Booster drinks For

DATE RECEIVED BY MEDICAL UNIT: _____
Diabetics and to be given Colon Cancer exam and my

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Diabetes tests and HIV Tests results and Hernia Surgery.

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C SMYRNA          DATE: Fri. 7/06/07

GRIEVANT'S NAME: Edward Williams    SBI#: 350587

CASE#: 129725              TIME OF INCIDENT: 8:56 & 9:00 in the
                                              Morning Medication
HOUSING UNIT: D/E F-21

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

AT 8:56 I walked out my cell
to the F tier door to see if Medication call
was Called. And I noticed the Door was
locked and inmates were out in the hall
waiting For passes to go to Medication
Infirmary window & I Called C/o Adams
C/o Lynes Bell and C/o BARRETT All three
of them Denied me my Constitutional
right to get my medication which is
For pain & ultrams. And it was not even
9:00 which is the time medication call
is supposed to be Called they never Called it...

ACTION REQUESTED BY GRIEVANT:

For the three C/o to be punished For violating my
Constitutional right to go to medication which all
three of them denied me & of going to And For all
C/o's to be made mandatory For them all to call
Medication out loud and to give us the time to get
ready For Medication to respect those rights of USCA

GRIEVANT'S SIGNATURE: _____ DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)
to be given Access to medical treatment daily....
                (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JUL 10 2007

Inmate _____

April '97 REV

DCC  Delaware Correctional Center                    Date: 12/01/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** WILLIAMS, EDWARDS G  **SBI#** : 00350587  **Institution** : DCC

**Grievance #** : 84265  **Grievance Date** : 11/17/2006  **Category** : Individual

**Status** : Unresolved  **Resolution Status :**  **Resol. Date** :

**Grievance Type:** Health Issue (Medical)  **Incident Date** : 11/16/2006  **Incident Time :**

**IGC** : Merson, Lise M  **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom

| OFFENDER GRIEVANCE DETAILS | | |
|---|---|---|

**Description of Complaint:** Inmate claims: I am in pain from an abdominal hernia which has a 10 centimeter hole. I was taken to a doctor in Dover who said he would do surgery to repair it and do  a colonoscopy if the medical  approves it. My question to medical staff here is was I approved? The doctor here said she thought I was transferred to Georgetown. And provided no answer to my question. While I'm sick and in pain and a year late for surgeries. I could die from this poisonous. Abdominal surgery sick call has been denied on 11/16/06.

**Remedy Requested** : To be seen by the DCC doctor and given x-ray again on the abdominal hernia and to be seen by the outside doctor who said he do the surgery and to be put under his health care. This is an Emergency.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|

**Medical Grievance :** YES  **Date Received by Medical Unit :** 12/01/2006

**Investigation Sent :** 12/01/2006  **Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 12/01/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#**          :  00350587 | **Institution**    : DCC |
| **Grievance #**    : 84265 | **Grievance Date**  : 11/17/2006 | **Category**    : Individual |
| **Status**       : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**   : 11/16/2006 | **Incident Time :** |
| **IGC**         : Merson, Lise M | **Housing Location** :Bldg D-EAST, Tier F, Cell 21, Bottom | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name**   : Rodweller, Deborah          **Date of Report**  12/01/2006

**Investigation Report :**

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

DCC  Delaware Correctional Center                                Date: 01/23/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 84265 | **Grievance Date** : 11/17/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/16/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Ceil 21, Bottom | |

### MGC

**Date Received** : 12/08/2006                    **Date of Recommendation:** 01/23/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | Branch, Adriene | Uphold |
| Staff | | McCreanor, Michael | Uphold |

### VOTE COUNT

| Uphold : 4 | Deny : 0 | Abstain :0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 23 January 2007.
Uphold: 9/15/06 abdominal binder given
states C/O took it in Dec 06.
Schedule to see MD this wk
Consult written 12/5/06
Appeal form supplied. Appeal due 30 January 2007.

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/12/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 99105 | **Grievance Date** : 02/08/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/05/2007 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I don't know why DCC medical staff keeps sending my sick call slips back saying I'm scheduled already but I have not seen a nurse or a doctor yet for possible meningitis, flu, or pneumonia head cold chest cold and coughing up cold and blood. I filed the sick call slip on 2/4/07. I have had high fever and chills and I have not been to see a nurse or doctor yet.

**Remedy Requested** : To be scheduled for real and put on the sheet with the date and time to be seen. Seen by a nurse and a doctor to be checked for meningitis flu, or pneumonia or hay fever?

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 02/12/2007 |
| **Investigation Sent** : 02/12/2007 | **Investigation Sent To** : |
| **Grievance Amount** : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/12/2007

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 99105 | **Grievance Date** : 02/08/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/05/2007 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |
| INFORMAL RESOLUTION | | |

Offender's Signature: _____

Date                    : _____

Witness (Officer)  : _____

DCC  Delaware Correctional Center                                    Date: 02/12/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI#            : 00350587 | Institution     : DCC |
| Grievance #   : 99105 | Grievance Date  : 02/08/2007 | Category        : Individual |
| Status        : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date   : 02/05/2007 | Incident Time : |
| IGC           : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### IGC

Medical Provider: Contracted Health Services          Date Assigned 02/12/2007

Comments:


[ ] Forward to MGC              [x]  Forward to Medical Provider        [ ]   Warden Notified

[ ] Forward to RGC              Date Forwarded to MGC :

[ ] Offender Signature Captured      Date Offender Signed        :

Page 3 of 5

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/12/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 99105 | **Grievance Date** : 02/08/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/05/2007 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

**Provider Name** : Contracted Health Services          **Date Received** : 02/12/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**                    **Vote** :

**Comments** :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

DCC **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/08/2007



## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | | |
|---|---|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# | : 00350587 | Institution | : DCC |
| Grievance # : 99105 | Grievance Date | : 02/08/2007 | Category | : Individual |
| Status : Resolved | Resolution Status : Level 2 | | Resol. Date | : 03/08/2007 |
| Grievance Type: Health Issue (Medical) | Incident Date | : 02/05/2007 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

Description of Complaint: Inmate claims: I don't know why DCC medical staff keeps sending my sick call slips back saying I'm scheduled already but I have not seen a nurse or a doctor yet for possible meningitis, flu, or pneumonia head cold chest cold and coughing up cold and blood. I filed the sick call slip on 2/4/07. I have had high fever and chills and I have not been to see a nurse or doctor yet.

Remedy Requested : To be scheduled for real and put on the sheet with the date and time to be seen. Seen by a nurse and a doctor to be checked for meningitis flu, or pneumonia or hay fever?

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 02/12/2007 |
| Investigation Sent : 02/12/2007 | Investigation Sent To : |
| Grievance Amount : | |

DCC  Delaware Correctional Center                        Date: 03/08/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 99105 | Grievance Date : 02/08/2007 | Category : Individual |
| Status : Resolved | Resolution Status: Level 2 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/05/2007 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg D-EAST, Tier F, Cell 21, Bottom | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/08/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 99105 | **Grievance Date** : 02/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/05/2007 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services        **Date Assigned** 02/12/2007

**Comments:**

Hearing held 6 March 2006. Inmate signed off as resolved.

[x] **Forward to MGC**        [x]   **Forward to Medical Provider**        [ ]   **Warden Notified**

[ ]  **Forward to RGC**        **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**        **Date Offender Signed** :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/08/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 99105 | Grievance Date : 02/08/2007 | Category : Individual |
| Status : Resolved | Resolution Status : Level 2 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/05/2007 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

Provider Name : Contracted Health Services        Date Received : 02/12/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| 02/13/2007 | Treated at NSC on 12/20/06, going to outside consult in two weeks. Placed on dr line for complaints of coughing up blood and flu like symptoms. Next level |

### DECISION

Decision Date:                    Vote :

Comments    :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/08/2007

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 99105 | **Grievance Date** : 02/08/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/05/2007 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MGC

**Date Received** : 02/14/2007          **Date of Recommendation:** 02/14/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : | Deny : | Abstain : |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

DCC  Delaware Correctional Center
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 05/01/2007

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI#        : 00350587 | Institution   : DCC |
| Grievance #   : 110563 | Grievance Date  : 04/16/2007 | Category     : Individual |
| Status        : Unresolved | Resolution Status : | Resol. Date  : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 04/12/2007 | Incident Time : |
| IGC          : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Inmate claims: Emergency doctor appointment surgery. On 4/10/07 I filed a sick call slip complaining about my abdominal hernia is bothering and it gives me great pain and it's been almost 2 yrs, and some months that I have been waiting. For an answer have I been approved for hernia repair surgery and colonosphy exam? And when will I receive my abdominal binder and my sock for my swollen leg and my booster drink I'm a diabetic and fungus cream for my athlete feet and lotion for dry skin and medicated shampoo for my dry scalp. I need to see doctor ott or Dr. Vandusen I'm denied appointments.

**Remedy Requested**    :   To be given appointment to see Dr. Ott or Dr. Vandusen and to be given answers as well as medical attention for the above medical problems mentioned especially emergency hernia surgery and colonosphy exam am I approved or not?

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 05/01/2007 |
| Investigation Sent : 05/01/2007 | Investigation Sent To        : |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/01/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/01/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services        **Date Assigned** 05/01/2007

**Comments:**

[ ] Forward to MGC              [x]   Forward to Medical Provider        [ ]    Warden Notified

[ ] Forward to RGC              Date Forwarded to MGC :

[ ] Offender Signature Captured        Date Offender Signed        :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 05/01/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services          **Date Received :** 05/01/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**          **Vote :**

**Comments :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/25/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 04/12/2007 | **Incident Time** : |
| **IGC** : McCreanor, Michael | | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate claims:  Emergency doctor appointment surgery.  On 4/10/07 I filed a sick call slip complaining about my abdominal hernia is bothering and it gives me great pain and it's been almost 2 yrs, and some months that I have been waiting.  For an answer have I been approved for hernia repair surgery and colonosphy exam?  And when will I receive my abdominal binder and my sock for my swollen leg and my booster drink I'm a diabetic and fungus cream for my athlete feet and lotion for dry skin and medicated shampoo for my dry scalp.  I need to see doctor ott or Dr. Vandusen I'm denied appointments.

**Remedy Requested**  :   To be given appointment to see Dr. Ott or Dr. Vandusen and to be given answers as well as medical attention for the above medical problems mentioned especially emergency hernia surgery and colonosphy exam am I approved or not?

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/01/2007 |
| **Investigation Sent :** 05/01/2007 | **Investigation Sent To** : |
| **Grievance Amount :** | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/25/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date                    : _____

Witness (Officer)   : _____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/25/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | | SBI# | : 00350587 | Institution | : DCC |
| Grievance # | : 110563 | Grievance Date | : 04/16/2007 | Category | : Individual |
| Status | : Unresolved | Resolution Status : | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date | : 04/12/2007 | Incident Time : | |
| IGC | : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | | | |

### IGC

Medical Provider: Contracted Health Services          Date Assigned 05/01/2007

Comments:

[ ] Forward to MGC          [x]    Forward to Medical Provider          [ ]    Warden Notified

[ ]  Forward to RGC                Date Forwarded to MGC :

[ ] Offender Signature Captured          Date Offender Signed          :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/25/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 110563 | Grievance Date : 04/16/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/12/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

Provider Name : Contracted Health Services        Date Received : 05/01/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| 04/19/2007 | SEEN BY OTT, NP |
| 05/09/2007 | CT ABD & PELVIS W/ CONTRAST & COLONOSCOPY ORDERED BY DR. VANDUSEN |
| 05/23/2007 | PER OUTPT CLERK, CT ABD & PELVIS + COLONOSCOPY APPROVED & SCHEDULED |

### DECISION

Decision Date:                Vote :

Comments :
ADVANCE TO LEVEL II

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 06/25/2007

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MGC

| | |
|---|---|
| **Date Received :** | **Date of Recommendation:** 06/25/2007 |

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Washington, Deborah | Uphold |
| Staff | | Eller, Gail | Uphold |
| Staff | | Courtney, Christina | Uphold |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold : 3** | **Deny : 0** | **Abstain :** 0 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Grievance Hearing Date: June 25, k2007
MGC Decision: Uphold
Grievance Status: Unresolved
Appeal Due: July 1, 2007

Needs new order for Colace. Submit Nurse Sick Call Slip for evaluation for new pain medication order.

DCC Delaware Correctional Center                    Date: 07/17/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 |
| Grievance # : 110563 | Grievance Date : 04/16/2007 |
| Status : Unresolved | Resolution Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/12/2007 |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom |

Institution : DCC
Category : Individual
Resol. Date :
Incident Time :

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Emergency doctor appointment surgery. On 4/10/07 I filed a sick call slip complaining about my abdominal hernia is bothering and it gives me great pain and it's been almost 2 yrs, and some months that I have been waiting. For an answer have I been approved for hernia repair surgery and colonosphy exam? And when will I receive my abdominal binder and my sock for my swollen leg and my booster drink I'm a diabetic and fungus cream for my athlete feet and lotion for dry skin and medicated shampoo for my dry scalp. I need to see doctor ott or Dr. Vandusen I'm denied appointments.

**Remedy Requested** : To be given appointment to see Dr. Ott or Dr. Vandusen and to be given answers as well as medical attention for the above medical problems mentioned especially emergency hernia surgery and colonosphy exam am I approved or not?

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 05/01/2007 |
| Investigation Sent : 05/01/2007 | Investigation Sent To : |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 07/17/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 110563 | **Grievance Date** : 04/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/12/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date            :_____

Witness (Officer)  :_____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | **SBI#**          : 00350587 | **Institution**   : DCC |
| **Grievance #**  : 110563 | **Grievance Date**  : 04/16/2007 | **Category**   : Individual |
| **Status**       : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**   : 04/12/2007 | **Incident Time** : |
| **IGC**        : McCreanor, Michael | **Housing Location** : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services        **Date Assigned** 05/01/2007

**Comments:**

[ ] Forward to MGC              [x]   Forward to Medical Provider        [ ]   Warden Notified

[ ] Forward to RGC              Date Forwarded to MGC :

[ ] Offender Signature Captured        Date Offender Signed        :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2007

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 110563 | Grievance Date : 04/16/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/12/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### APPEAL REQUEST

Appeal received July 10, 2007. Due to vacations there were no grievances picked-up on July 3, 2007

I am not appealing not being provided emergency colonoscopy for possible colon cancer and abdominal hernia repair surgery. These I have been waiting for since 2005 and I have been constantly sick and in daily pain, bowel movement from straining, constipated, coughing up blood, headaches, stomach aches, and loss of weight on some days. I can't walk or eat due to pain. The abdominal hernia has a 20 to 30 centimeter hole in it which my intentines are caught inside causing stranulation of my intestine and pain, constipation, bile entering my blood stream, toxins in my bowels causing jaundice in my skin. I'm a diabetic and requested Booster drinks and a dialysis test. No real test were taken. I'm sick of constantly being in pain and constipated. The Medical Department cut my Ultram and Colace off. I do not know why when I need the Ultram 4 times a day for the pain I'm suffering daily and the Colace for the constipation so I can have unstrained bowel movements. I need my colonoscopy and abdominal hernia surgeries. It's been since 2005. I have been in pain since and I have been waiting for so long. Why am I being denied medical treatment? My Ultram and Colace was cut off on June 26, 2007. I need them now! Why am I being denied medical treatment when it is obvious that my physical condition is life threatening? How much longer must I suffer daily pain and constipation due to this abdominal hernia not getting emergency repair and possible colon cancer? Three doctors at DCC say I need hernia repair surgery but the medical provider insurance company doctor claims my condition is non-medical which prevented surgery for the colonoscopy abd hernia repair. Due to length of appeal the computer would not accept any further information.

### REMEDY REQUEST

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2007

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 110563 | Grievance Date : 04/16/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/12/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### REFERRED TO

Due Date :                    Referred to:              Name:

Type of Information Requested :

Response to Information Requested :

### DECISION

Date Received : 07/17/2007

Decision Date :                    Vote :

Comments    :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILLIAMS, EDWARDS G | SBI# : 00350587 | Institution : DCC |
| Grievance # : 110563 | Grievance Date : 04/16/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/12/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

Provider Name : Contracted Health Services          Date Received : 05/01/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| 04/19/2007 | SEEN BY OTT, NP |
| 05/09/2007 | CT ABD & PELVIS W/ CONTRAST & COLONOSCOPY ORDERED BY DR. VANDUSEN |
| 05/23/2007 | PER OUTPT CLERK, CT ABD & PELVIS + COLONOSCOPY APPROVED & SCHEDULED |

### DECISION

Decision Date:              Vote :

Comments :
ADVANCE TO LEVEL II

To: D.C.C Warden Mr. Thomas Carroll

From: Inmate Edward Williams  SBI#350587

Date: August 7, 2007

SUBJECT   APPEAL OF MEDICAL GRIEVANCE
            #110563 STATUS UNRESOLVED Dated
            7/17/07

There seems to be a problem with the Computer and staff being on Vacation during the receipt of this Appeal # 110563.

The Computer print out states that my Appeal is not an Appeal and that due to Vacations no grievance were picked up on July 3, 2007 when this Appeal was due on July 1st 2007.

I Filed this Appeal on time #110563. Its not my Fault Vacation stop my Appeal From being picked up and heard on time my medical con-dition is Life threatening I may have colon Cancer and I have been waiting For over 19 months For a Colonosphy and I have an ABDOMINAL HERNIA which keeps me sick and in constant pain and Constipated causing me to have Bloody

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 07/23/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WILLIAMS, EDWARDS G | **SBI#** | : 00350587 | **Institution** | : DCC |
| **Grievance #** | : 130923 | **Grievance Date** : 06/26/2007 | | **Category** | : Individual |
| **Status** | : Unresolved | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** | Health Issue (Medical) | **Incident Date** | : 06/26/2007 | **Incident Time :** | |
| **IGC** | : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** My Medication for pain and constipation (Ultram and Colace) have been cut off. I have daily pain and constipation due to an adominal hernia. I have a 20 to 30 cebntimeter hole in the artificial wall where the hernia in my intestine is caught in the hernia rupture strangling my intestine which is causing me daily pain and constipation. I need both my medications or I will stay sick, in pain, and constipated. I also requested booster drink for my constant weight loss and a diabetes test.

**Remedy Requested** : I want to see Dr. VanDusen or any sane doctor to examine me and to prescribe my Ultram for 4 times a day and Colace. For the doctor to give me booster drink prescription and a real diabetes test. I am a diabetic and I need to see a doctor. I filed Sick Call Slips but no appointment has been given me yet.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/21/2007 | |
| **Investigation Sent** : 07/21/2007 | **Investigation Sent To** : | |
| **Grievance Amount :** | | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 07/23/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WILLIAMS, EDWARDS G | | **SBI#** : 00350587 | | **Institution** : DCC | |
| **Grievance #** : 130923 | | **Grievance Date** : 06/26/2007 | | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status:** | | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 06/26/2007 | | **Incident Time :** | |
| **IGC** : McCreanor, Michael | | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | | | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date                : _____

Witness (Officer)   : _____

**Page 2 of 4**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/23/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 130923 | **Grievance Date** : 06/26/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/26/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### IGC

**Medical Provider:** Contracted Health Services          **Date Assigned** 07/21/2007

**Comments:**

[ ] Forward to MGC          [x]   Forward to Medical Provider          [ ]   **Warden Notified**

[ ]  Forward to RGC          **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**          **Date Offender Signed**          :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/23/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILLIAMS, EDWARDS G | **SBI#** : 00350587 | **Institution** : DCC |
| **Grievance #** : 130923 | **Grievance Date** : 06/26/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/26/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 21, Bottom | |

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services          **Date Received :** 07/21/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**          **Vote :**

**Comments :**

**Page 4 of 4**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

SEP 0 4 2007

Name (Print): Edward Williams          Housing Location: DiE - F. 2

Date of Birth: 12-01-59     SBI Number: 350587     Date Submitted: 8/28/07

Complaint (What type of problem are you having)? I'm having bloody bowel movements, From problems with this Abdominal Hernia my intestine is strangling in the hole of the hernia rupture I need emergency Surgery It keeps me in pain day and night and Stomach Aches I also need colonoscopy and I need to see Doctor Mc Call to renew my ultram Perscription So I won't get cut off my meds on 9/12/07.

Inmate Signature: Edward Williams     Date: 8/28/07     thank you.

**The below area is for medical use only. Please do not write any further.**

S: You were seen on 8/30/07. Any further problems please submit another sick call. Thanks

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

EDWARD    WILLIAMS          D/E - F.21
_____       _____
Name (Print)                        Housing Location

12-1-59        350587         10/28/07
_____    _____    _____
Date of Birth   SBI Number    Date Submitted

The Pain from my ABDOMINAL HERNIA IS WORSTENING DAILY, Help,
Complaint (What type of problem are you having)? I was Seen on 10/27/07 and
Was told to resubmit this request to See a Doctor to have
My 44rams increased to two 3 times a day to stop the pain I
have From this ABDOMINAL HERNIA and to renew my Perscription
which expires 11/19/07 and to make sure I get my med pickup From
a Sept 10,2007 perscription. Edward Williams      Date  10/28/07
                          Inmate Signature

**The below area is for medical use only. Please do not write any further.**

S: Rc'd 10/24/10 @ 10⁰⁰ Scheduled with NSC medical kc

O:   Temp: ____   Pulse: ____   Resp: ____   B/P: ____   WT: ____

A:

P:

E:

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Edward Williams _____ D/E  F - 21
Name (Print)                    Housing Location

'2 - 1 - 59      350587      11/26/07
Date of Birth    SBI Number    Date Submitted

Complaint (What type of problem are you having)?

Please Put me on this Appointment sheet For this week 11/29/07 Daily pain Constipation hemmoriads Bloody bowel movements Caused From this "ABDOMINAL HERNIA" its getting worst Its been 2 years waiting for surgery last two to three Medical requests For this week of 11/22 to 11/26/07 I have not been put on the Appointment Sheet to see A Doctor for a new perscription of Colace and ultrams which expire 11/19/07 the ultrams you tell me to don't wait to the last minute

Inmate Signature  Edward Williams      Date  11-26-07 thank you

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp: _____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

_____          _____
Provider Signature & Title                Date & Time

**3/1/99 DE01**
FORM#:
MED
263

IM. Edward Guy Williams

SBI# 350587 UNIT DIE. E.21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080

04 AUG 2007 PM 7 L

E.21

FIRST CORRECTIONAL MEDICAL INC.,

6861 N. ORACLE ROAD

TUCSON

NIXIE    850    DC 1          00 08/09/07

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19977347499        *2463-06308-04-41

Legal mail

USA First Class



DELAWARE 19977

I/M: Edward Williams
SBI #350587     Unit DIE F.21
D.C.C. 1181 PADDOCK Rd.
Smyrna Del. 19977

$ 07.75⁰
NOV 14 2007
MAILED FROM ZIP CODE 19977

OFFICE OF THE CLERK
United States District Court
844 N. King St. Lockbox 18
Wilm Delaware
19801-3570