U.S. DISTRICT COURT FOR THE DISTRICT OF DEL.

Edward Williams v. Correct. Med. Services et al Civ. Act.#␣07-637 JJF

"Motion Request"

Pursuant to rule 15(e) plaintiff request defendants Sherrell Ott to have her home address sealed by her employers Attorney and given to the Court so that the U.S. Marshall can know where she lives so the U.S. Marshall can properly serve her plaintiff civil complaint against her. Sherrell Ott Nurse Practioner/Doctor was employed at D.C.C Medical Dept. 1181 Paddock Rd. Smyrna De 19977 by D.C.C medical providers who are defendants in this lawsuit....

Date 5/20/08 * Signed Edward Williams SBI#350587

## Certificate of Service

I, Edward Williams, hereby certify that I have served a true

And correct cop(ies) of the attached: Original hand printed Copies of Motion Request pursu to Rule 15 (e) upon the following parties/person (s): Williams v. Corr. Med. Services et al, 07-637 JJF

TO: OFFICE OF THE CLERK
U.S. Distr. Ct. of Del.
844 N. King St. Lockbox 18
Wilm. Del. 19801

TO:

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 20th day of May, 2008

Edward Williams SBI# 350587

I/M Edward Williams
SBI# 350587  UNIT S-1-G-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-R/

Legal mail

OFFICE OF CLERK
U.S. Distr. Ct. of Delaware
844 N. King St LockBox 18
Wilmington, Delaware
19801



UNITED STATES POSTAGE
$00.42°
MAILED FROM ZIP CODE