CA 07-637 JJF

## "CERTIFICATE OF SERVICE"

I, Edward Williams, SBI#350587 plaintiff hereby Certify that I have Served a true correct original and correct copies of *U.S.M 285 Forms upon the Clerk of the U.S. Distr. Ct. for the Distr. of the State of Del. for the remaining defendants as ordered on 4/29/08 by the Honorable U.S. Distr. Ct. Judge Joseph J. Farnan Jr Attached to:

U.S. Distr. Ct. of Del.
Office of Clerk
844 N. King St.
Wilm. De 19801
* USM 285 Forms

Correctional Medical Services Coporate
Office: 12647 Olive Blvd.
St. Louis, Mo, 63141
* USM 285 Forms

First Correctional Medical Services
6861 N. Oracle Road, Tucson-
Arizona, 85704
* USM Forms

Commissoner
Carl Danberg
245 McKee Road
Dover, Delaware
19904
*USM Forms

RECEIVED
MAY 2? 2008

D.C.C. Warden
Thomas Carroll
1181 Paddock Road
Smyrna Delaware
19977

*U.S.M. Forms

OLD CORRECTIONAL MEDICAL
SERVICES
2 Reads Way, Suite 21
New Castle, Delaware
19720

*USM Forms

State of Delaware
Attorney General
Beau Biden
820 N. French St.
Wilm, Delaware 19801

(2* USM Form originals)

Doctor Cherrell Ott "or"
Doctor Sherrell Ott
D.C.C Medical Department
1181 Paddock Road
Smyrna, Delaware 19977

*USM Forms

By placing same USM Forms "285" in this sealed evelope with U.S. mailing stamps upon the sealed envelope addressed to the U.S. Distr. Ct- Office of Clerk deposit in DCC Smyrna 19977 on this 20th day of May 2008 Signed Edward