IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD G. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-637 JJF |
| | : | |
| CORRECTIONAL MEDICAL | : | |
| SERVICES, et al., | : | JURY TRIAL BY 12 DEMANDED |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services. This entry of appearance is not a waiver of any defense available to defendant Correctional Medical Services and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC


/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services

Date: June 19, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 19th day of June 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

>Edward G. Williams
>SBI# 350587
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>　　/s/ James E. Drnec　　
>James E. Drnec, Esquire (#3789)