IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
F I L E D

JUL - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

EDWARD  G. WILLIAMS    ,  )
    SBI#00350587  )
      Plaintiff,  )
              )
      v.  )      Civil Action No. 07-637-JJF
              )
Correctional Medical Services    , et al,  )
              )
              )
      Defendant.  )

## MOTION FOR APPOINTMENT OF COUNSEL

    Plaintiff Edward G. Williams #00350587    pursuant to 28 U.S.C. § 1915,

request this court to appoint counsel to represent petitioner in the above-entitled action for the

following reasons:

    In deciding whether to appoint counsel for an indigent litigant, the District Court of

Delaware articulated standards for evaluating a Motion for Appointment of Counsel filed by a

*pro se* plaintiff. See *Green v. FCM*, 430 F. Supp.2d 383, 387 n. 3 (D. Del. 2006) (citing *Tabron*

*v. Grace*, 6 F.3d 147 (3rd Cir. 1993) and *Parhan v. Johnson*, 126 F.3d 454 (3rd Cir. 1997)).

Initially, the Court must examine the merits of a plaintiff's claim to determine whether it has

some arguable merit in fact and law. See *Parhan*, 126 F.3d at 457 (citing *Tabron*, 6 F.3d 157);

accord *Maclin v. Freake*, 65 F.2d 885, 887 (7th Cir. 1981) (per curium) (cited with approval in

*Tabron* and *Parhan*). Only if the Court is satisfied that the claim is factually and legally

meritorious, should it then examine the following factors: (1) the plaintiff's ability to present his

own case; (2) the complexity of the legal issues presented; (3) the extensiveness of the factual

investigation necessary to effectively litigate the case and the plaintiff's ability to pursue such an investigation; (4) the degree to which the case may turn on credibility determination; (5) whether the testimony of expert witness will be necessary; and (6) whether the plaintiff can attain and afford counsel on his own behalf.

In support of this motion, the plaintiff avers the following:

1.    The plaintiff's does not have the ability to present his own case.

2.    The plaintiff is unskilled in the law and the complexity of the legal issues presented in the complaint is beyond plaintiff's abilities to pursue an effective investigation.

3.    The plaintiff avers that the case may turn on credibility determination.

4.    The plaintiff avers that testimony of expert witnesses will be necessary.

5.    The plaintiff can not attain and afford counsel on his own behalf.

6.    Appointment of counsel would serve "the best interest of justice" in this case.

7.    The plaintiff's allegations if proved, clearly would establish a constitutional violation because Since 10/17/05 Doctor appointment with Dr. Levente SZALAI I still suffer mentally emotionally and physically from a 9.8 centimeter in diameter Ventral Abdominal Hernia with a slight protrusion of the transverse colon through the Hernia Defect. See attached 8/8/07 diagnosis of radiologist "RAPHAEL CACCESE Jr. M.D.". Since 2005 of Oct. 17th until now Correctional Medical Services and all other defendants have known of plaintiff physically sick condition that mentally and emotionally stresses plaintiff and causes plaintiff pain day and night from 2005 to this date 2008 CMS and all defendants have demonstrated reckless, willful and wanton malicious conduct and showing deliberate indifference by purposely denying plaintiff Ventral Abdominal hernia repair surgery because they do not care to spend money to save plaintiff life as —

Plaintiff has and still suffers since 2005 Oct. 17th Ventral Abdominal Hernia pain causing plaintiff bloody stools, hemorrhoids, bloated abdomen, daily constipation, some days plaintiff can not stand up or sit down due to pain from his abdomen and rectum which the Ventral Abdominal Hernia is the cause of plaintiff mental emotional and physical pain constitutes cruel and unusual punishment by CMS and all other defendants "under color of state law", mistreating plaintiff who can show his physical injury in person and by radiologist diagnosis report of RAPHAEL CAC CESSE Jr. MD. and discovery plaintiff medical files and medical records which will show plaintiff Ventral abdominal hernia is such a serious threat to plaintiff well being and can cause death of plaintiff at any time due to the Ventral Abdominal Hernia measuring 9.8 centimeter in diameter with slight protrusion of the transverse colon through the hernia defect. Can cause strangulation of plaintiff intestines and cause the death of plaintiff who suffers pain since 10/17/05 until defendants provide the proper medical care plaintiff will remain under imminent danger of physical injury that can end plaintiff life denying plaintiff medical surgery has worst plaintiff physical injuries since 2005 to 2008, request counsel

as plaintiff is not trained in the formalities of law and appointment of counsel is requested in the interest of Justice,

For the foregoing reasons, the plaintiff has provided the court with sufficient foundation

for the court to appoint counsel in this case.

Dated: 6/24/08       Edward G. Williams
                     SBI # 350587
                     Delaware Correctional Center
                     1181 Paddock Road
                     Smyrna, DE 19977

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Edward G. Williams,          )
                             )
        Plaintiff,         )
                             )
    v.                       )          Civil Action No. 07-637 JJF
                             )
Correctional Medical Services, et al,  )
                             )
                             )
        Defendant.         )

### O R D E R

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,

200__, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN

READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS

HEREBY_____.


_____
United States District Court Judge

## Certificate of Service

I, *Edward G.Williams* ,hereby certify that I have served a true

And correct cop(ies) of the attached: *Motion For Appointment oF*

*Counsel & Attached Cat scan report* upon the following

parties/person (s):

TO: *U.S. District Ct. Clerk*
  *844 N. King st.*
  *Wilm. Del. 19801*
  *Eight Copies For all*
  *DeFendants*

TO: *Copies for all Defendants*
  _____
  _____
  _____
  _____

TO:_____

TO:_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this *24th* day of *June* ,200*8*

*Edward H. Williams*

I/M: EDWARD G. WILLIAMS

SBI# 356587   UNIT S-1-6-19

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL Mail Postage due
PAY to Attached:



U.S. DISTRICT COURT HOUSE
OFFICE OF THE CLERK
844 N. King St. LockBox 18
Wilmington, Delaware
19801