IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD G. WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | Civ. Action No. 07-637-JJF |
| CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, Plaintiff, Edward G. Williams ("Plaintiff"), a prisoner housed at the James T. Vaughn Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on May 22, 2008, Plaintiff filed a Motion To Seal The Home Address of Defendant Dr. Sherrell Ott ("Dr. Ott"), in order to effect proper service (D.I. 11);

WHEREAS, if Plaintiff has not already done so, he shall submit a complete USM-285 form for Dr. Ott at the work or home address he has for Dr. Ott;

WHEREAS, it is unclear if a order to seal is necessary;

THEREFORE, IT IS HEREBY ORDERED that the Motion To Seal is **DENIED** as **premature**.  (D.I. 11.)

July 30, 2008
DATE

UNITED STATES DISTRICT JUDGE