

# BALICK & BALICK LLC
## ATTORNEYS

Sidney Balick
Adam Balick
James Drnec
Joanne Ceballos
Jennifer Ross

September 3, 2009

**VIA CM/ECF FILING**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

  *Re:* ***Williams v. Correctional Medical Services et al***
    ***C.A. No. 07-637 JJF***

Dear Judge Farnan:

  I represent the defendant in the above-referenced matter. This letter is to inform the Court that the parties have agreed to resolve this dispute. Accordingly, the Court may wish to suspend any consideration of pending Motions. I expect the Stipulation of Dismissal to be filed in the next ten days.

  As always, I remain available at the call of the Court.

           Respectfully Submitted,

           James E. Drnec
           (ID # 3789)

JD/kl