IN THE U.S. DISTR. COURT FOR THE DISTR. OF DELAWARE
Williams v. C.M.S. et. al., Civ. Act. No. 07-637 - JJF
Motion to Not Agree to the 9·3·09 RELEASE AND SETTLEMENT AGREEMENT BY AND BETWEEN EDWARD G. WILLIAMS AND CORRECTIONAL MEDICAL SERVICES - INCORPORATION ET. AL.,

The Settlement does not compromise with PLRA provisions as it does not say C.M.S. et. al., admits to any violations of plaintiff "Williams" guaranteed Constitutional rights since 2005, 2006, 2007, 2008 and 2009. Being denied hernias & hemorrhoids surgeries and the pain and suffering since 2005 going on 2010, the MONEY OFFERED is not enough for Plaintiff pain & suffering or to pay his court's filing fees, court restitutions, or to purchase plaintiff a home, a car, clothes & food to combat the cost of living in this economy and not enough to provide financial assistance for future medicines and Doctors medical treatment in the past, present or future, therefore plaintiff disagrees with the 9·3·09 settlement and its stipulation of Dismissal of this LAW-Suit.

*Signed: Edward G. Williams
SBI# 00350587

Date: 9·21·09

original

FILED
SEP 22 2009
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Edward G. Williams
SBI# 00350587 UNIT# 22 B.9.L
DELAWARE CORRECTIONAL CENTER  J.T.V.C.C.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 SEP 2009 PM 3 L

U.S. DISTR. COURT FOR DISTR. OF DEL.
OFFICE OF THE CLERK
844 King St. LockBox 18
Wilmington, Delaware
19801