IN THE U.S. DISTR. COURT FOR THE DISTR. OF DELAWARE

Williams V. C.M.S. et.al. Civ. Act. No. 07-637-JJF
Motion To Not Agree To The 9·3·09 Release and Settlement Agreement By and Between Edward G. Williams and Correctional Medical Services - Incorporation et. al..

The settlement does not compromise with PLRA provisions as it does not say C.M.S. et.al., admits to any violations of plaintiff "Williams" guaranteed Constitutional rights since 2005, 2006, 2007, 2008 and 2009. Being denied hernias & hemorrhoid surgeries and the pain and suffering since 2005 going on 2010 the money offered is not enough for plaintiff to pay his Filing Fee of the lawsuit, his court restitution to purchase a home, a car, clothes and in this economy to combat the cost of living and Future Doctor and medical medicine Finances. Therefore plaintiff disagrees with the 9·3·09 Settlement and its stipulation of Dismissal of this lawsuite.

Date 9·21·09      Edward G. Williams

IM Edward G. Williams
SBI# 00350587  UNIT 22 B-L-9
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT FOR DISTRICT OF DE.,
OFFICE OF THE CLERK
844 N. King St. Lock Box 18
Wilm. Delaware
19801



02 1M
0004280518
MAILED FROM ZIP CODE 19977
UNITED STATES POSTAGE
$ 00.78°
SEP 27 2009