IN THE U.S. DISTR. COURT FOR THE DISTR. OF DELAWARE

Williams v. C.M.S. et. al., Civ. Act. No. 07-637-JJF

Motion of Notice Plaintiff Does not Agree With the 9-3-09 Settlement For the Following Legal Reasons:

9-22-09 Signed: Edward G. Williams #350587

1. The 9-3-09 Settlement does not compromise with the PLRA and was not advised by Court Appointed Counsel & Defendants Counsel of the PLRA concerning the 9-3-09 Settlement.

2. Defendants Counsel James Drnec never mentioned the PLRA and in the Settlement of 9-3-09 he does not admit to any Constitutional violations by CMS et.al., against plaintiff Edward O. Williams SBI#350587 Since 2005, 2006, 2007, 2008, 2009 going on 2010. When defendants interfered with Doctors orders to do Hernia mesh repair Surgery on "Williams" as your Honor 6/24/09 Memorandum Opinion - has noted and two year wait for Colonoscopy 2005 to 2007. Doctors notes show pain & suffering in the past, present & future "Williams" still experiences day & night as a result of CMS cruel & unusual punishment denying Doctors ordered Surgeries numerous times for years from 2005 to 2009

* CONTINUED ON BACK PAGE

3. Defendants Attorney opposes Plaintiff Motion for Discovery & Motion For Injunction & T.RO, but requests same Discovery from plaintiff. And in the 9·3·09 settlement agrees to send me for both surgeries for HERNIAS & HEMORRHOIDS that since 2005, 2006, 2007, 2008, 2009, going on 2010 defendants have shown in Discovery violations of plaintiff Constitutional guaranteed rights to have his serious medical needs properly taken care of when Doctor first ordered in 2005, 2006, 2007, 2008, & 2009, going on 2010. Defendants refuse to admit these Constitutional Violation under PLRA thus plaintiff cannot agree to 9·3·09 settlement.

4. Defendants ~~Attorneys~~ have not ANSWERED PLAIN-tiff First set of INTERROGATORIES TO DEFENDANTS.

5. Plaintiff has not met Court Appointed Attorney yet or had an Attorney for Motions pending in #5 or had an Attorney at the 9·3·09 settlement. Which Plaintiff no longer agrees with since Defendants Attorneys do not admit under PLRA to any Constitutional Violations against Plaintiff and had settlement with out Plaintiff Court Appointed Attorney Present. Shows no respect for Plaintiff rights.
* continued on second sheet

6. Defendants Attorney Mr. James E Drnec used CMS employees to falsify notes and Affidavit to deceive plaintiff & Court After Doctor recommended Follow up Care Surgery for HEMORRHOIDS on 1·30·09 and after the repeat CAT scan on 3·13·09 showed NUMEROUS ABDOMINAL MESH WALL Richters HERNIAS "DRNEC" COACHED Drs. NEWELL & Dr. Desrosiers into perjurious testimony against Dr. Szalai notes that ordered both Surgeries! Compare to "Dr. Desrosiers 3·24·09" Doctor notes, where Dr. Desrosiers called Dr. Szalai who ordered hernia Surgery.

7. Attorney "DRNEC" rushed Plaintiff into this 9·3·09 Settlement begin in August 2009 and took advantage of plaintiff who is under influence of pain medication and had no Attorney Present to advise him during the First Settlement meetings. And since the Settlement does not Compromise with PLRA and does not admit to any CONSTITUTIONAL VIO-

-LATIONS AS PLRA rules states such Settlement must do the 9-3-09 Settlement is not legal as a matter of LAW and Plaintiff no longer AGREES with such an illegal Settlement which was not done under PLRA rules and with out Plaintiff Court Appointed Attorney Present to advise Plaintiff.

8. Plaintiff NEEDS the Court Appointed Attorney the Honorable Court ordered on 6-24-09

9. Plaintiff will not settle this case without an Attorney or with Defendants not admitting under PLRA to violating my guaranteed Constitutional rights to timely Doctors ordered Surgeries for HERNIAS & HEMORRHOIDS. 10. And will not with out an Court Appointed Attorney settle this case for No more than 50 million Dollars and no less than 25 million dollars to $ 15 million dollars to $9 million Dollars and $900 THOUSAND DOLLARS & Both Surgeries

I/M Edward G. Williams
SBI# 00350587  UNIT 22 B-L-9
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court For District of DE,
Office of the Clerk
844 N. King St. Lock Box 18
Wilm, Delaware
19801