OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 21, 2009

James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

    RE:    Edward G. Williams v. Correctional Medical Service, et al.
            CA 07-637 JJF

Dear Mr. Drnec:

    The Clerk's office is in receipt of correspondence discussing settlement from Mr. Williams and addressed to you, which is being forwarded to your office without action.
.

                            Sincerely,

                            PETER T. DALLEO
                            CLERK

Sealed Enclosure
/nms

cc: The Honorable Joseph J. Farnan, Jr.
    Edward G. Williams